# EXHIBIT 1

Alycia A. Degen (SBN 211350)
adegen@sidley.com
SIDLEY AUSTIN LLP
555 West 5th Street, Suite 4000
Los Angeles, CA 90013
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

Kara L. McCall (*Pro Hac Vice*)
kmccall@sidley.com
Elizabeth M. Chiarello (*Pro Hac Vice*)
echiarello@sidley.com
SIDLEY AUSTIN LLP
1 South Dearborn Street
Chicago, IL 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN PRESCOTT and MIKE XAVIER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BAYER HEALTHCARE PHARMACEUTICALS INC., a Delaware corporation; BAYER HEALTHCARE LLC, a Delaware limited liability company; BEIERSDORF, INC. a Delaware Corporation; and BEIERSDORF NORTH AMERICA, INC., a Delaware corporation,<br><br>Defendants. | Case No. 5:20-cv-00102<br><br>**DECLARATION OF GRAEME FLECKNEY IN SUPPORT OF DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT PURSUANT TO FED. R. CIV. P. 8(a), 9(b), AND 12(b)(6) OR TO STRIKE PURSUANT TO RULE 12(f)**<br><br>Judge: Hon. Nathanael M. Cousins Date: Wednesday, June 24, 2020 Time: 1:00 pm<br>Place: Courtroom 5 |

DECLARATION OF GRAEME FLECKNEY
CASE No. 5:20-cv-00102

ACTIVE 256144297

## DECLARATION OF GRAEME FLECKNEY

I, Graeme Fleckney, declare as follows:

1. I am Graeme Fleckney, Vice President of Post-Merger Integration, at Beiersdorf, Inc. The matters set forth below are within my personal knowledge or provided to me by persons upon whom I rely in the ordinary course of business, and if called upon as a witness, I could testify competently about each of them.

2. I submit this Declaration in support of Defendants' Motion to Transfer Venue or to Dismiss for Lack of Personal Jurisdiction in the above-referenced case, which I understand challenges the labeling of four products: Coppertone Water Babies Mineral-Based Sunscreen Lotion, Coppertone Water Babies Mineral-Based Sunscreen Stick, Coppertone Kids Mineral-Based Sunscreen Lotion, and Coppertone Sport Face Mineral-Based Sunscreen Lotion ("the Sunscreen Products").

3. Coppertone has been in the sun protection industry for more than 73 years.

4. Throughout this time, Coppertone has been committed to providing consumers with innovative, quality, and safe sun care products based on science, rigorous testing, and high standards.

5. Coppertone strives to exceed FDA safety testing requirements by conducting studies and by relying on science and clinically relevant data.

6. Beiersdorf, Inc. is a Delaware corporation with its principal place of business in Connecticut.

7. Beiersdorf North America, Inc. ("Beiersdorf NA") is a Delaware corporation with its principal place of business in Connecticut.

8. Beiersdorf, Inc. is a wholly owned subsidiary of Beiersdorf NA.

9. Beiersdorf NA is a separate legal entity from Beiersdorf, Inc. At all relevant times, Beiersdorf NA operated and acted independently of Beiersdorf, Inc.

10. Beiersdorf NA maintains a separate bank account from Beiersdorf, Inc.

2

11.    Beiersdorf NA has separate articles of incorporation from Beiersdorf, Inc.

12.    Beiersdorf NA does not control the day-to-day operations of Beiersdorf, Inc.

13.    On August 30, 2019, Beiersdorf, Inc acquired the Coppertone brand – which includes the Sunscreen Products – and related assets, from Bayer Healthcare LLC.

14.    Since the acquisition, Beiersdorf, Inc. has been the sole entity responsible for the formulation, labeling, advertising, manufacture, distribution, and sale of the Sunscreen Products.

15.    Beiersdorf NA is a holding company and currently has no employees.

16.    Beiersdorf NA is not, and never has been, involved in the formulation, labeling, advertising, manufacture, distribution, or sale of the Sunscreen Products, nor has it ever had the ability to control these operations.

17.    Beiersdorf, Inc. has two offices in New Jersey – one in Parsippany and one in Morristown. Beiersdorf, Inc. has no offices in California.

18.    All Beiersdorf, Inc. employees who work on the formulation or labeling of the Sunscreen Products work in offices located in either New Jersey or Connecticut.

19.    Creative agencies that Beiersdorf, Inc. uses for the labeling of its Coppertone products are located in Georgia, Kentucky, Virginia, and New York.

20.    Based on the foregoing, witnesses and documents regarding the formulation or labeling of the Sunscreen Products are located in New Jersey or in Connecticut, and not in California.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in _____Connecticut_____on the 1st day of May, 2020.

DocuSigned by:

Graeme Fleckney

DEE012F663EF46C...

Graeme Fleckney

3

DECLARATION OF GRAEME FLECKNEY
CASE NO. 5:20-CV-00102