# EXHIBIT D





All Images/Codes are FPO

NOTE: THIS COLOR PROOF INDICATES COLOR BREAK ONLY AND MAY NOT ACCURATELY REFLECT ACTUAL PRODUCTION COLOR.

**diadeis** — creating brand efficiency

33 EAST 17TH STREET
NEW YORK, NY 10003
TEL: 646.230.1900
FAX: 212.228.9898

**Diadeis Job #:** 433108    **Version: 1**

**Diadeis CSR:** AM    **Oper/Date:** MC 09-06-18

**Printer:** WS Packaging

**Printer Location:** Algoma, WI

**Client:** Bayer HealthCare/USA Consumer Healthcare

**Project Type:** Graphics Change

**Brand/Sub Brand/Dosage Form:** Coppertone PCC002681 KIDS TEAR FREE MINERAL SPF50 8OZ LOTION

**Bayer Item #:** P0023848    **Die:** BY1662

**Bayer/Blue #:** PCC0002681    **Size:** 205mm W x 160.3375mm H

**EPC (EAN/UPC):** 041100578792    **I2of5/2DMatrix:** 86571366

**Fonts:** Eurostile LT Std Condensed, Eurostile LT Std Bold Condensed, Eurostile LT Std Bold, Eurostile LT Std Medium, Eurostile LT Std Bold Oblique, Helvetica LT Std Bold, Helvetica Neue LT Std 76 Bold Italic, Helvetica Neue LT Std 65 Medium, Univers 67 Condensed Bold, Univers 57 Condensed, Helvetica LT Std Bold Condensed Oblique, Helvetica LT Std Condensed, ITC Zapf Dingbats, Helvetica LT Std Bold Condensed, Omnes Semibold Roman, Omnes Bold Roman, Omnes Medium Roman, DIN-Medium

**File Name:** 433108_P0023848_CT_Kids_SPF50_8oz_shrnk_r1    **Software:** Illustrator/Photoshop CC 2017

**Notes: UPC:** 80% magnification, height: 20.382 mm

**Printing Inks**

1 Reflex Blue
2 PMS 144
3 PMS 115
4 PMS 326
5 PMS 285
6 PMS 877
7 PMS 299
8 PMS 3282
White 1
Varnish

**Non-Printing**
■ DIELINE DO NOT PRINT

**Method of Printing:**
☐ combo
■ flexo
☐ offset
☐ screen
☐ gravure
☐ hot stamp
☐ digital
☐ dry offset

| DRUG FACTS INFO (updated 5/18/18) | | |
|---|---|---|
| **CATEGORY** | **REQUIRED** | **ACTUAL IN FILE** |
| Drug Facts Title | >8 pt ** | 9 pt |
| Drug Facts Continued | 8 pt | - |
| Headings§ | 8 pt-bold italic° | 8 pt |
| Subheadings | ≥6 pt | 6 pt |
| Body Text | ≥6 pt | 6 pt |
| Bullets | 5 pt | 5 pt |
| Leading | ≥0.5 pt | 6.5 pt |
| Hairlines | 0.5 pt rule | 0.5 pt |
| Box and Barlines† | >0.5 pt rule | 1 pt |
| Characters Per Inch: | No more than 39 | ≤ 39 |

§ Headings are to be at least 2pts larger than Body Text.
** Drug Facts Title to be larger than all other type size used in DFP
† FDA Recommends 2.5pt rule



Eyemark printed on label

6.35mm (0.25")
1.5875mm (0.0625")

123.2mm (4.85")
4mm (.1575") Overlap

No text area for 2D code includes .039" quite zone

8.128mm (0.32")

3.175mm (0.125")
8.128mm (0.32")

Crimp Area

123mm (4.842")

**Coppertone® Sport™ Face Sunscreen** helps protect skin against the sun's most damaging UVA/UVB rays – in a breakthrough zinc oxide lotion that rubs in clear with no white residue. Its proven sun protection in a lightweight formula that won't clog pores and is free of dyes, PABA, and Oxybenzone.

**Drug Facts**

**Active ingredients** — **Purpose**
Octinoxate 7.5%, Octisalate 4.5%, Zinc Oxide 9.7% ................. Sunscreen

**Use** ■ helps prevent sunburn

**Warnings**
**For external use only**
**Do not use** on damaged or broken skin
**When using this product** keep out of eyes. Rinse with water to remove.
**Stop use and ask a doctor if** rash occurs
**Keep out of reach of children.** If product is swallowed, get medical help or contact a Poison Control Center right away.

**Directions** ■ shake well before use ■ apply liberally 15 minutes before sun exposure ■ reapply: ■ after 80 minutes of swimming or sweating ■ immediately after towel drying ■ at least every 2 hours ■ **Sun Protection Measures.** Spending time in the sun increases your risk of skin cancer and early skin aging. To decrease this risk, regularly use a sunscreen with a Broad Spectrum SPF Value of 15 or higher and other sun protection measures including: ■ limit time in the sun, especially from 10 a.m. – 2 p.m. ■ wear long-sleeve shirts, pants, hats, and sunglasses ■ children under 6 months: Ask a doctor

**Other information** ■ protect this product from excessive heat and direct sun ■ may stain or damage some fabrics or surfaces

**Inactive ingredients** water, dicaprylyl ether, glycerin, polyester-27, styrene/acrylates copolymer, triäureth-4 phosphate, cetearyl alcohol, beeswax, dimethicone, ammonium acryloyldimethyltaurate/vp copolymer, benzyl alcohol, glyceryl stearate, triethoxycaprylylsilane, chlorphenesin, disodium EDTA

Bayer (reg'd), the Bayer Cross (reg'd), Coppertone® and Defend & Care are trademarks of Bayer. **Questions? 1-866-288-3330**
© 2018 Bayer
Dist. by: Bayer HealthCare LLC
Whippany, NJ 07981    P0023188

New

# Coppertone®
SUNSCREEN LOTION

## SPORT FACE ™

Mineral Based Protection

**Stays on Strong Won't Run into Eyes** **50**

No Dyes, PABA, Oxybenzone

Water Resistant (80 Minutes)
Broad Spectrum SPF 50

BAYER

2.5 FL OZ (74 mL)

Overlap Area - No Coating

Color Bleeds 1.5875mm into overlap

Application Direction

61.6mm (2.4252")
127.2mm (5.0079")
5.5875mm (.22") ± 0.0625" Non Varnish

6.35MM (0.25")
Crimp Area
2MM (0.079")

Note: No label exposed tube based on .25" crimp area with no trim and 5mm label placement from tube shoulder
130mm Tube
- 123mm Label
- 5mm placement
————————————
= 2mm

Offset on back of tube

LABEL Back

123MM (4.842")    130mm (5.118")

5mm (0.1968")

CAP



The Bayer Cross is Less Than the "C" in Coppertone
*Current Size: 8.891 mm*
*Current "C" Size: 10.348 mm*
*Cross Meets Ratio Requirements of 7mm (.2755") or larger*
1/3rd of Cross required Clear Space (8.891 mm) = 2.96 mm
1/6th of PDP Width (49.28 mm) = 8.21 mm



**All Images/Codes are FPO**

| DRUG FACTS INFO | | |
|---|---|---|
| CATEGORY | REQUIRED | ACTUAL IN FILE |
| Drug Facts Title | >8 pt ** | 9 pt |
| Drug Facts Continued | 8 pt | - |
| Headings† | 8 pt-bold italic° | 8 pt |
| Subheadings | ≥6 pt | 6 pt |
| Body Text | ≥6 pt | 6 pt |
| Bullets | 5 pt | 5 pt |
| Leading | ≥0.5 pt | 6.5 pt |
| Hairlines | 0.5 pt rule | 0.5 pt |
| Box and Barlines† | >0.5 pt rule | 1 pt |
| Characters Per Inch: | No more than 39 | ≤ 39 |

° Headings are to be at least 2pts larger than Body Text.
** Drug Facts Title to be larger than all other type size used in DFP
† FDA Recommends 2.5pt rule

Eyemark
printed on label

6.35mm
(0.25")

1.5875mm
(0.0625")

123.2mm
(4.85")

4mm
(.1575")
Overlap

8.128mm
(0.32")

No text area for
2D code includes
.039" quite zone

3.175mm
(0.125")

8.128mm
(0.32")

123mm
(4.842")

Overlap Area - No Coating

Application Direction

61.6mm
(2.4252")

127.2mm
(5.0079")

5.5875mm
(.22")
± 0.0625"
Non Varnish

Color Bleeds 1.5875mm
into overlap

6.35MM
(0.25")

2MM
(0.079")

Crimp Area

Offset on back of tube

LABEL
Back

Note: No label exposed tube
based on .25" crimp area
with no trim and 5mm label
placement from tube shoulder
130mm Tube
- 123mm Label
- 5mm placement
-----------------------
=  2mm

123MM
(4.842")

130mm
(5.118")

5mm (0.1968")

CAP



The Bayer Cross is Less Than the "C" in Coppertone
Current Size: 8.891 mm
Current "C" Size: 10.348 mm
Cross Meets Ratio Requirements of 7mm (.2755") or larger
1/3rd of Cross required Clear Space (8.891 mm) = 2.96 mm
1/6th of PDP Width (49.28 mm) = 8.21 mm



**diadeis**
creating brand efficiency

33 EAST 17TH STREET
NEW YORK, NY 10003

TEL: 646.230.1900
FAX: 212.228.9898

Diadeis Job #:  431652        **Version:** 3

Diadeis CSR:  AM        **Oper/Date:** MC  06-18-18

**Printer:**  WS Packaging

**Printer Location:**  Mason, OH

**Client:**  Bayer HealthCare/USA Consumer Healthcare

**Project Type:**  Graphics Change

**Brand/Sub Brand/Dosage Form:**  Coppertone CCO6890 Sport Face Mineral SPF50 Lotion 2.5oz Tube

**Bayer Item #:**  P0023188        **Die:**  BY1785

**Bayer/Blue #:**  CCO6890        **Size:**  127.2mm W x 123mm H

**EPC (EAN/UPC):**  041100578808        **I2of5/2DMatrix:**  86444755

**Fonts:**  Eurostile LT Std Condensed, Eurostile LT Std Bold Condensed, Eurostile LT Std Bold, Eurostile LT Std Medium, Eurostile LT Std Bold Oblique, DIN-Medium, Omnes Medium Roman, Omnes Semibold Roman, Gotham Medium, Helvetica LT Std Condensed, Helvetica LT Std Bold Condensed Oblique, ITC Zapf Dingbats, Helvetica LT Std Bold Condensed

**File Name:**  431652_P0023188_CT_Sport_Face_2.5oz_Tub_r3        **Software:**  Illustrator/Photoshop CC 2017

**Notes:**  UPC: 80% magnification

All Images/Codes are FPO

NOTE: THIS COLOR PROOF INDICATES COLOR BREAK ONLY AND MAY NOT ACCURATELY REFLECT ACTUAL PRODUCTION COLOR.

**Printing Inks**

| 1 | Reflex Blue | 5 | PMS 2756 |
| 2 | PMS 144 | 6 | PMS 877 |
| 3 | PMS 115 | 7 | PMS 021 |
| 4 | PMS 299 | | Varnish |

**Non-Printing**

DIELINE
DO NOT
PRINT

**Method of Printing:**
☐ combo
■ flexo
☐ offset
☐ screen
☐ gravure
☐ hot stamp
☐ digital
☐ dry offset

| DRUG FACTS INFO | | |
| --- | --- | --- |
| CATEGORY | REQUIRED | ACTUAL IN FILE |
| Drug Facts Title | >8 pt ** | 9 pt |
| Drug Facts Continued | 8 pt | - |
| Headings† | 8 pt-bold italic† | 8 pt |
| Subheadings | ≥6 pt | 6 pt |
| Body Text | ≥6 pt | 6 pt |
| Bullets | 5 pt | 5 pt |
| Leading | ≥0.5 pt | 6.5 pt |
| Hairlines | 0.5 pt rule | 0.5 pt |
| Box and Barlines† | >0.5 pt rule | 1 pt |
| Characters Per Inch: | No more than 39 | ≤ 39 |

† Headings are to be at least 2pts larger than Body Text.
** Drug Facts Title to be larger than all other type size used in DFP
† FDA Recommends 2.5pt rule



1.25″

2.125″

**Top panel**

Peel for Full Labeling ▶

*Drug Facts*

**Active ingredients**          **Purpose**
Octinoxate 7.5%,
Octocrylene 10%,
Zinc Oxide 15% ............. Sunscreen

**Use** helps prevent sunburn

**Warnings**
**For external use only. Do not use** on damaged or broken skin. **When using this product** keep out of eyes. Rinse with water to remove. **Stop use and ask a doctor if** rash occurs. **Keep out of reach of children.** If product is swallowed, get medical help or contact a Poison Control Center right away.

**Back of
Front panel**

**Directions** Apply liberally 15 minutes before sun exposure. Reapply after 80 minutes of swimming or sweating, immediately after towel drying, at least every 2 hours. Children under 6 months: Ask a doctor

See outer package for complete Directions

**Other information**
Protect this product from excessive heat and direct sun. May stain or damage some fabrics or surfaces. ▶

**Base panel**

**Inactive ingredients** caprylic/capric triglyceride, ozokerite, theobroma cacao (cocoa) seed butter, lauryl laurate, bis-PEG-12 dimethicone beeswax, C12-15 alkyl benzoate, synthetic beeswax

**Questions?**
1-866-288-3330
Bayer, the Bayer Cross, Coppertone, Water Babies and the Girl and Dog design are trademarks of Bayer.
© 2017 Bayer
Dist. by:
Bayer HealthCare LLC
Whippany, NJ 07981
C6375

Varnish Intent



**STANDARD FORMAT**
Helvetica Condensed
Variable horizontal scale adheres to 39 characters per inch

Text - 6.5 pt Helvetica Cnd, minimum leading 7



**REVISIONS BEGIN:**   03.24.17

1. New FINAL
2. Overall copy revisions
3. New die
4. Copy changes
5. Minor changes

**SCHAWK!™**
2325 North Burdick St.,
Kalamazoo, MI 49007
T 269.381.3820

**PRODUCTION ART FINAL**

**FONTS:** Omnes-Semibold, Omnes-Medium, DIN-Medium, Helvetica Bold, Helvetica Condensed Medium, Helvetica Condensed Bold, Helvetica Condensed Bold Oblique, ITC Zapf Dingbats, Helvetica Condensed Light, Helvetica 75 Bold, Helvetica 96 Black Italic, Helvetica 85 Heavy, Helvetica 97 Black Condensed, Helvetica Bold, Helvetica 65 Medium, Myriad Pro, Helvetica 76 Bold Italic, Helvetica Bold Oblique

**SIZE:** 1.25" W x 2.125" H

**CODES:** N/A

**Client:** Bayer HealthCare/USA Consumer Healthcare
**Description:** CT WB P&S SPF50 .49oz - Back Label
**Job #:** 197126B
**Part #:** C6375
**Project#:** 3642    **CCO#:** 5586
**Printer:** Oralabs/Infinite Packaging    **Die:** BY1445
**Op/Date:** JP 04-05-17

BAYER

| SEQ | 100% | 75% | 50% | 25% | 10% | 3% | 2% | 1% | Color |
|-----|------|-----|-----|-----|-----|----|----|----|-------|
| 1 | | | | | | | | | PANTONE Reflex Blue C |
| 2 | | | | | | | | | PANTONE 706 C |
| 3 | | | | | | | | | diecolor |
| 4 | | | | | | | | | Varnish |
| 5 | | | | | | | | | |
| 6 | | | | | | | | | |
| 7 | | | | | | | | | |
| 8 | | | | | | | | | |

*NOTE:* ALL IMAGES/CODES are FPO

THIS COLOR PROOF INDICATES COLOR BREAK ONLY AND MAY NOT ACCURATELY REFLECT ACTUAL PRODUCTION COLOR.

3.5in

5.4375in



New Look

**Coppertone®**
SUNSCREEN STICK

water
**babies®**
Pure & Simple

**50**

Mineral-Based Formula

Paraben and PABA Free

Water Resistant (80 Minutes)

Broad Spectrum SPF 50

#1 Pediatrician Recommended Brand

No Copy Area

NET WT 0.49 OZ (13.9 g)

Front



**Drug Facts**

**Active ingredients** ........................................................ **Purpose**
Octinoxate 7.5%, Octocrylene 10%, Zinc Oxide 15%.................................Sunscreen

**Uses**
■ helps prevent sunburn
■ if used as directed with other sun protection measures (see *Directions*), decreases the risk of skin cancer and early skin aging caused by the sun

**Warnings**
**For external use only**
**Do not use** on damaged or broken skin
**When using this product** keep out of eyes. Rinse with water to remove.
**Stop use and ask a doctor if** rash occurs
**Keep out of reach of children.** If swallowed, get medical help or contact a Poison Control Center right away.

**Directions**
■ apply liberally 15 minutes before sun exposure
■ reapply:
  ■ after 80 minutes of swimming or sweating
  ■ immediately after towel drying
  ■ at least every 2 hours
■ **Sun Protection Measures.** Spending time in the sun increases your risk of skin cancer and early skin aging. To decrease this risk, regularly use a sunscreen with a Broad Spectrum SPF value of 15 or higher and other sun protection measures including:
  ■ limit time in the sun, especially from 10 a.m. – 2 p.m.
  ■ wear long-sleeve shirts, pants, hats, and sunglasses
■ children under 6 months: Ask a doctor

**Other information**
■ protect this product from excessive heat and direct sun
■ may stain or damage some fabrics or surfaces

**Inactive ingredients**
caprylic/capric triglyceride, ozokerite, theobroma cacao (cocoa) seed butter, lauryl laurate, bis-PEG-12 dimethicone beeswax, C12-15 alkyl benzoate, synthetic beeswax

**Questions?** 1-866-288-3330

Bayer, the Bayer Cross, Coppertone, Water Babies and the Girl and Dog design are trademarks of Bayer.
© 2017 Bayer
Dist. by: Bayer HealthCare LLC
Whippany, NJ 07981    C6378        Bayer

0 416191 6

Back

 < C

*The Bayer Cross is Smaller than the "C" in Coppertone*
*Current Size: .326"*
*Current "C" Size: .457"*
*Cross Meets Ratio Requirements of 7mm (.2755") or larger*
1/3rd of Cross required Clear Space (.326") = .1086"
1/6th of PDP Width (3.5") = .5833"

Varnish Intent



**REVISIONS BEGIN:** 03.24.17

1. New FINAL
2. Overall copy revisions
3. New die
4. ™ girl / new ™ statement
5. Remove reg'd from ™ statement

**SCHAWK!**
2325 North Burdick St.,
Kalamazoo, MI 49007
T 269.381.3820

**PRODUCTION ART**
**FINAL**

**FONTS:** Omnes-Semibold, Omnes-Medium, DIN-Medium, Helvetica Bold, Helvetica Condensed Medium, Helvetica Condensed Bold, Helvetica Condensed Bold Oblique, ITC Zapf Dingbats, Helvetica Condensed Light, Helvetica 75 Bold, Helvetica 96 Black Italic, Helvetica 85 Heavy, Helvetica 97 Black Condensed, Helvetica Bold, Helvetica 65 Medium, Myriad Pro, Helvetica 76 Bold Italic, Helvetica Bold Oblique

**SIZE:** 3.5" W x 5.4375" H

**CODES:** UPC: 0 416191 6

**Client:** Bayer HealthCare/USA Consumer Healthcare
**Description:** CT WB P&S SPF50 .49oz - Blister Card
**Job #:** 197126C
**Part #:** C6378
**Project#:** 3642    **CCO#:** 5586
**Printer:** Oralabs/Marshall & Bruce    **Die:** BY1441
**Op/Date:** JP  04-06-17

| SEQ | 100% | 75% | 50% | 25% | 10% | 3% | 2% | 1% | Color |
|-----|------|-----|-----|-----|-----|-----|-----|-----|-------|
| 1 | | | | | | | | | PANTONE 115 C |
| 2 | | | | | | | | | PANTONE 144 C |
| 3 | | | | | | | | | PANTONE Reflex Blue C |
| 4 | | | | | | | | | PANTONE 1795 C |
| 5 | | | | | | | | | PANTONE 706 C |
| 6 | | | | | | | | | PANTONE 2925 C |
| 7 | | | | | | | | | PANTONE 175 C |
| 8 | | | | | | | | | Process Black |
| | | | | | | | | | diecolor |
| | | | | | | | | | Varnish |

**NOTE:** ALL IMAGES/CODES are FPO

THIS COLOR PROOF INDICATES COLOR BREAK ONLY AND MAY NOT ACCURATELY REFLECT ACTUAL PRODUCTION COLOR.

**SCHAWK!** Art Production    DRUG FACTS INFO.

| CATEGORY | PRIMARY PACKAGING REQUIRED | SECONDARY PACKAGING REQUIRED | ACTUAL SIZE IN FILE |
|----------|------|------|------|
| **Drug Facts Title:** | N/A | >8.0 pt | 9 pt |
| **Drug Facts** | N/A | 8 pt | 8 pt |
| **(continued):** | N/A | 8 pt | 8 pt |
| **Headings:** | N/A | 8 pt | 8 pt |
| **Subheadings:** | N/A | 6 pt | 6 pt |
| **Text:** | N/A | 6 pt | 6 pt |
| **Bullets:** | N/A | 5 pt (no larger) | 5 pt |
| **Leading:** | N/A | +0.5 pt | 6.5 pt |
| **Characters Per Inch:** | N/A | No more than 39 | ≤ 39 |



**Drug Facts**

| Active ingredients | Purpose |
|---|---|
| Octinoxate 7.5%, Octisalate 5%, Zinc Oxide 14.5% | Sunscreen |

**Use** ▪ helps prevent sunburn

**Warnings**
For external use only
**Do not use** on damaged or broken skin
**When using this product** keep out of eyes. Rinse with water to remove.
**Stop use and ask a doctor if** rash occurs
**Keep out of reach of children.** If product is swallowed, get medical help or contact a Poison Control Center right away.

**Directions** ▪ shake well before use ▪ apply liberally 15 minutes before sun exposure ▪ reapply: after 80 minutes of swimming or sweating ▪ immediately after towel drying ▪ at least every 2 hours ▪ **Sun Protection Measures.** Spending time in the sun increases your risk of skin cancer and early skin aging. To decrease this risk, regularly use a sunscreen with a Broad Spectrum SPF value of 15 or higher and other sun protection measures including: ▪ limit time in the sun, especially from 10 a.m. – 2 p.m. ▪ wear long-sleeve shirts, pants, hats, and sunglasses ▪ children under 6 months: Ask a doctor

**Other information** ▪ protect this product from excessive heat and direct sun ▪ may stain or damage some fabrics or surfaces

**Inactive ingredients** water, propylene glycol, C12-15 alkyl benzoate, neopentyl glycol diheptanoate, cyclopentasiloxane, cetyl PEG/PPG-10/1 dimethicone, PEG-12 dimethicone crosspolymer, triethoxycaprylylsilane, aloe barbadensis leaf extract, ethylhexyl palmitate, diazolidinyl urea, methylparaben, propylparaben, sodium chloride

**Questions?** 1-866-288-3330

P0020643

Bayer, the Bayer Cross, Coppertone, Water Babies and the Girl and Dog Design are registered trademarks of Bayer.
© 2017 Bayer
Dist. by: Bayer HealthCare LLC
Whippany, NJ 07981

Bayer

**Coppertone®**
SUNSCREEN LOTION

water
babies®
Pure & Simple

New Look

Tear Free
Mineral-Based
**50**

Water Resistant
(80 Minutes)
Broad Spectrum
SPF 50

#1 Pediatrician Recommended Brand

6 FL OZ (177 mL)

Slit Width 199mm
83mm
Lay Flat 96mm (+1mm/-0mm)
20mm
2mm CLEAR GRAPHIC FREE ZONE (NO INK)
Seam Area 7mm
1mm
CLEAR GRAPHIC FREE ZONE (NO INK)
SEAM OVERLAP AREA - 7MM
2.5mm CLEAR BLEED
Cut Height 128.5875mm
2.5mm CLEAR BLEED
3.5mm CLEAR GRAPHIC FREE ZONE (NO INK)
25mm
30mm
FOLD
FOLD
To avoid any potential scanning issues, 2D code should not be placed anywhere outside of these lines
2mm CLEAR GRAPHIC FREE ZONE (NO INK)

2D Datamatrix Code - 5mm x 5mm
Quiet Zone - 9mm x 9mm

 < C

*The Bayer Cross is smaller than the "C" in Coppertone*
*Current Size: .449"*
*Current "C" Size: .460"*
*Cross Meets Ratio Requirements of 7mm (.2755") or larger*
1/3rd of Cross required Clear Space (.449") = .149"
1/6th of PDP Width (1.9") = .316"



**NOTE: ALL IMAGES/CODES are FPO**

THIS COLOR PROOF INDICATES COLOR BREAK ONLY AND MAY NOT ACCURATELY REFLECT ACTUAL PRODUCTION COLOR.

REVISIONS BEGIN: 12.06.16
1. New EXPLORATORY
2. Overall copy updates
3. New FINAL
4. Update code #'s
5. Update die/position of text/graphics
6. Color updates
7. Minor text/color changes
8. Make graphic 100% PMS 877

SCHAWK!™
2325 North Burdick St.,
Kalamazoo, MI 49007
T 269.381.3820

PRODUCTION ART
FINAL

**Client:** Bayer HealthCare/USA Consumer Healthcare
**Description:** CT Water Babies Pure & Simple Mineral SPF50 6oz Lotion - Shrink
**Job #:** 192873C
**Part #:** P0020643
**Project#:** 3642   **CCO#:** 5418
**Printer:** WS Packaging   **Die:** BY1661
**Op/Date:** JP 01-20-17

FONTS: Helvetica Condensed Bold, Helvetica Condensed Medium, Helvetica Condensed Bold Oblique, Helvetica, Omnes Semibold, DIN-Light, Omnes Medium, ITC Zapf Dingbats, Helvetica 75 Bold, Helvetica 76 Bold Italic, Helvetica 65 Medium, Myriad Pro, Helvetica Condensed Light, Helvetica 96 Black Italic, Helvetica 85 Heavy, Helvetica 97 Black Condensed, Helvetica Bold

SIZE: 199mm W x 128.5875mm

CODES: UPC: 0 416231 3
Data Matrix: 85648799

| SEQ | 100% | 75% | 50% | 25% | 10% | 3% | 2% | 1% | Color |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | PANTONE 115 C |
| 2 | | | | | | | | | PANTONE 144 C |
| 3 | | | | | | | | | PANTONE Reflex Blue C |
| 4 | | | | | | | | | PANTONE 1795 C |
| 5 | | | | | | | | | PANTONE 706 C |
| 6 | | | | | | | | | PANTONE 877 C |
| 7 | | | | | | | | | PANTONE 2925 C |
| 8 | | | | | | | | | PANTONE 175 C |
| | | | | | | | | | Opaque White |
| | | | | | | | | | diecolor |

| SCHAWK! Art Production | PRIMARY PACKAGING REQUIRED | SECONDARY PACKAGING REQUIRED | DRUG FACTS INFO. ACTUAL SIZE IN FILE |
|---|---|---|---|
| CATEGORY | | | |
| **Drug Facts Title:** | N/A | >8.0 pt | 9 pt |
| **Drug Facts** | N/A | 8 pt | -- |
| **(continued):** | N/A | 8 pt | -- |
| **Headings:** | N/A | 8 pt | 8 pt |
| **Subheadings:** | N/A | 6 pt | 6 pt |
| **Text:** | N/A | 6 pt | 6 pt |
| **Bullets:** | N/A | 5 pt (no larger) | 5 pt |
| **Leading:** | N/A | +0.5 pt | 6.5 pt |
| **Characters Per Inch:** | N/A | No more than 39 | ≤ 39 |