**FILED**

Jan 14 2021

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

**CLARKSON LAW FIRM, P.C.**
Ryan J. Clarkson (SBN 257074)
*rclarkson@clarksonlawfirm.com*
9255 Sunset Blvd., Suite 804
Los Angeles, CA 90069
Tel: (213) 788-4050
Fax: (213) 788-4070

*Attorneys for Plaintiffs*

Alycia A. Degen (SBN 211350)
*adegan@sidley.com*
**SIDLEY AUSTIN LLP**
555 West 5th Street, Suite 4000
Tel: (213) 896-6000
Fax: (213) 896-6600

*Attorneys for Defendants*

***[Additional Counsel on Signature Page]***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE XAVIER and STEVEN PRESCOTT, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> BAYER HEALTHCARE LLC, a Delaware limited liability company; BEIERSDORF, INC., a Delaware corporation, <br><br> Defendants. | Case No. 5:20-CV-00102-NC <br> Case Filed: 1/3/2020 <br> FAC Filed: 5/15/2020 <br> *Assigned for all purposes to the Hon. Nathanael M. Cousins* <br><br> **JOINT STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** <br><br> Current CMC <br> Date: January 20, 2021 <br> Time: 10:00 a.m. <br><br> Proposed Continued CMC <br> Date: March 3, 2021 <br> Time: 10:00 a.m. |

COME NOW Plaintiffs MIKE XAVIER and STEVEN PRESCOTT ("Plaintiffs") and

Defendants BAYER HEALTHCARE LLC and BEIERSDORF, INC. ("Defendants") (collectively,

the "Parties") and hereby stipulate and agree:

/ / /

/ / /

-1-

CLARKSON LAW FIRM, P.C.
9255 Sunset Blvd., Ste. 804
Los Angeles, CA 90069

CLARKSON LAW FIRM, P.C.
9255 Sunset Blvd., Ste. 804
Los Angeles, CA 90069

**RECITALS**

1.      WHEREAS, Plaintiffs filed this putative consumer false advertising class action against Defendants on January 3, 2020, and subsequently amended the operative complaint on May 15, 2020;

2.      WHEREAS, Defendants filed an answer to the first amended complaint, following the denial of Defendants' motion to dismiss, on August 14, 2020;

3.      WHEREAS, the Parties completed the second settlement conference with the Honorable Virginia K. DeMarchi on December 11, 2020, and, in so doing, reached a tentative settlement in principle, subject to final execution of a settlement agreement and subsequent approval by this Court;

4.      WHEREAS, the Parties believe that an approximately forty-five (45) day continuance of the Case Management Conference, from January 20, 2021, to March 3, 2021, will conserve judicial and parties resources, as it should provide adequate time for the Parties to execute a settlement agreement and Plaintiff to file a motion for preliminary approval, at which point the Case Management Conference may be continued to the date of the hearing on preliminary approval;

5.      WHEREAS, the Parties agree the short continuance of the Case Management Conference, and related deadline to file the Joint Case Management Statement, should not prejudice any party and will promote justice; and

**STIPULATION**

6.      THEREFORE, the Parties further stipulate and agree:

     i.      The Case Management Conference, currently set for January 20, 2021, should be continued to March 3, 2021, or to the same date as the hearing on Plaintiffs' anticipated motion for preliminary approval of class settlement, whichever date is later and/or more convenient for the Court;

     ii.     The deadline to file the Joint Case Management Statement, currently set for January 13, 2021, should be continued to seven (7) days before the continued Case Management Conference; and

iii.     The continuance would conserve judicial and party resources, serve the interests of justice, and would not prejudice any party.

**IT IS SO STIPULATED.**

DATED: January 12, 2021                          **CLARKSON LAW FIRM, P.C.**

_/s/ Katherine A. Bruce_____
Ryan J. Clarkson. (SBN 257074)
rclarkson@clarksonlawfirm.com
Katherine A. Bruce (SBN 288694)
kbruce@clarksonlawfirm.com
Lauren E. Anderson (SBN 329173)
landerson@clarksonlawfirm.com

**MOON LAW, APC**
Christopher D. Moon (SBN 246622)
chris@moonlawapc.com
Kevin O. Moon (SBN 246792)
kevin@moonlawapc.com
600 West Broadway, Suite 700
San Diego, California 92101
Tel: (619) 915-9432
Fax: (540) 618-0478

_Attorneys for Plaintiffs_

DATED: January 12, 2021                          **SIDLEY AUSTIN LLP**

_/s/ Elizabeth M. Chiarello_____
Elizabeth M. Chiarello (_Pro Hac Vice_)
echiarello@sidley.com
Kara L. McCall (_Pro Hac Vice_)
kmccall@sidley.com
1 South Dearborn Street
Chicago, IL 60603
Tel: (312) 853-7000
Fax: (312) 853-7036

**SIDLEY AUSTIN LLP**
Alycia A. Degen (SBN 211350)
adegen@sidley.com
555 West 5th Street, Suite 4000
Los Angeles, California 90013
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

_Attorneys for Defendants_

1

CLARKSON LAW FIRM, P.C.
9255 Sunset Blvd., Ste. 804
Los Angeles, CA 90069

## **ATTESTATION CLAUSE (LR 5-1(i)(3)**

Pursuant to Local Rule 5-1(i)(3), regarding signatures, the undersigned hereby attests that concurrence in the filing of this document has been obtained from all counsel of record who are signatories set forth above.

DATED: January 12, 2021                    /s/ *Katherine A. Bruce*
                                                   Katherine A. Bruce

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

CLARKSON LAW FIRM, P.C.<br>9255 Sunset Blvd., Ste. 804<br>Los Angeles, CA 90069

## <u>ORDER</u>

The Court, having considered the Parties' Joint Stipulation and [Proposed] order to continue the Case Management Conference and all relevant papers on file herein, finds good cause shown and hereby **ORDERS**:

       i.    The Case Management Conference, currently set for January 20, 2021, is continued to **March 3, 2021, at 10:00 a.m.**, in Courtroom 5, of the above-entitled Court, or the same date as the hearing on Plaintiffs' anticipated motion for preliminary approval of class settlement, whichever date is later; and

      ii.    The Joint Case Management Statement, currently due on January 13, 2021, shall be due seven (7) days before the continued Case Management Conference.

**IT IS SO ORDERED.**

DATED:   January 14, 2021



UNITED STATES DISTRICT COURT,
DISTRICT OF CALIFORNIA
HON. NATHANAEL M. COUSINS

GRANTED

Judge Nathanael M. Cousins