**CLARKSON LAW FIRM, P.C.**
Ryan J. Clarkson (SBN 257074)
*rclarkson@clarksonlawfirm.com*
Shireen M. Clarkson (SBN 237882)
*sclarkson@clarksonlawfirm.com*
Katherine A. Bruce (SBN 288694)
*kbruce@clarksonlawfirm.com*
Lauren E. Anderson (SBN 329173)
*landerson@clarksonlawfirm.com*
9255 Sunset Blvd., Suite 804
Los Angeles, CA 90069
Tel: (213) 788-4050
Fax: (213) 788-4070

*Attorneys for Plaintiffs*

**MOON LAW APC**
Christopher D. Moon (SBN 246622)
*chris@moonlawapc.com*
Kevin O. Moon (SBN 246792)
*kevin@moonlawapc.com*
600 West Broadway, Suite 700
San Diego, California 92101
Tel: (619) 915-9432
Fax: (650) 618-0478

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| MIKE XAVIER and STEVEN PRESCOTT, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BAYER HEALTHCARE LLC, a Delaware limited liability company; BEIERSDORF, INC., a Delaware corporation,<br><br>Defendants. | Case No. 5:20-CV-00102-NC<br>Case Filed: 1/3/2020<br>FAC Filed: 5/15/2020<br>*Assigned for all purposes to the Hon. Nathanael M. Cousins*<br><br>**PLAINTIFFS' NOTICE OF MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>**Hearing Information**<br>Hearing Date: April 21, 2021<br>Time: 1:00 p.m. (PST)<br>Courtroom: 5<br><br>**Video/Telephone Access**[1]<br>Webinar: https://cand-uscourts.zoomgov.com/j/1601632758?pwd=VmthNENlOWFSNGRFdEFJSzlVcVZ1QT09<br>Webinar ID: 160 163 2758<br>Password: 277082<br>Local telephone dial-in: 1-669-254-5252 or 1-646-828-7666 |

///

///

---

[1] Please check Magistrate Judge Nathanael Cousins's webpage for up-to-date video and telephone access information at https://www.cand.uscourts.gov/judges/cousins-nathanael-nc/.

ND Cal Case No. 5:20-CV-00102-NC                    -1-
PLAINTIFFS' NOTICE OF MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

# NOTICE OF MOTION

**TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that on **April 21, 2021, at 1:00 p.m. (PST)**, or as soon thereafter as the matter may be heard, in Courtroom 5, before the Honorable Judge Nathanael M. Cousins, of the above-entitled Court, located at 280 South 1st Street, San Jose, California, Plaintiffs Mike Xavier and Steven Prescott ("**Plaintiffs**"), on behalf of themselves and all others similarly situated, by and through their counsel Ryan J. Clarkson, Shireen M. Clarkson, Katherine A. Bruce, and Lauren E. Anderson of Clarkson Law Firm, P.C., and Christopher D. Moon and Kevin O. Moon of Moon Law APC, shall and hereby do move the Court, pursuant to Federal Rule of Civil Procedure 23(e), for an order of preliminary approval of class action settlement.

**Statement of Relief Requested**

More specifically, Plaintiffs seek the entry of the proposed order granting preliminary approval of the class action settlement concurrently filed herewith, which includes, but is not necessarily limited to:

1. Preliminarily approving the settlement of this class action as set forth in the class action settlement agreement fully executed on March 12, 2021 ("**Settlement Agreement**") (*see* Mot. Prelim. App., Exhibit 1 [Settlement Agreement]);

2. Preliminarily approving, for settlement purposes only, a settlement class defined as:

   All persons, other than Excluded Persons, who, at any time prior to the date that the settlement class is first notified of the settlement pursuant to the Court's preliminary approval order (the "**Notice Date**"), purchased, in the United States, for purposes other than resale, one or more of the following sunscreen products that contain a "mineral-based" claim on the label: Coppertone Water Babies Pure & Simple, Coppertone Kids Tear Free, and Coppertone Sport Face (hereinafter, referred to as the "**Settlement Class**").

   "**Excluded Persons**" as used in this definition of the settlement class includes: (i) Defendants, their assigns, successors, and legal representatives; (ii) any entities in which Defendants have controlling interests; (iii) federal, state, and/or local governments, including, but not limited to, their departments, agencies, divisions, bureaus, boards, sections, groups, counsels, and/or subdivisions; (iv) all persons presently in bankruptcy proceedings or who obtained a bankruptcy discharge in the last three years; (v) any judicial officer presiding over this matter, including the Honorable

CLARKSON LAW FIRM, P.C.
9255 Sunset Blvd., Ste. 804
Los Angeles, CA 90069

    Nathanael M. Cousins and Virginia K. DeMarchi, and person within the third degree of consanguinity to such judicial officer; and (vi) any persons who timely exclude themselves from the settlement class.

3. Preliminarily approving Plaintiffs Mike Xavier and Steven Prescott as the class representatives, and appointing Clarkson Law Firm, P.C. and Moon Law APC as class counsel for the Settlement Class;

4. Directing the dissemination of notice in the form and manner set forth in the Settlement Agreement (*see* Mot. Prelim. App., Exhibit 1 [Settlement Agreement] at SA-Ex. B [Notice Plan]);

5. Setting a date for a hearing on final approval of the class action settlement; and

6. All other just and proper relief as this Court deems fit.

**Statement of Issues**

Pursuant to N.D. Cal. Civil L. R. 7-4(a)(3), Plaintiffs provide the following statement of issues to be decided by the Court:

1. Whether the Court should preliminarily approve the proposed class action settlement pursuant to Fed. R. Civ. P. 23(e).

**Statement of Grounds**

Pursuant to Federal Rule of Civil Procedure 23(e), Plaintiffs seek preliminary approval of the proposed class action settlement on the following grounds. The proposed settlement is fair, reasonable, adequate, and satisfies the requirements under Rule 23(e).

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

This motion is based on this notice, the concurrently filed memorandum of points and authorities, declarations and exhibits submitted in support thereof, all relevant pleadings and papers on file herein, and any other written and oral arguments and evidence that may be presented to the Court in connection herewith.

DATED: March 17, 2021                    **CLARKSON LAW FIRM, P.C.**

*/s/ Katherine A. Bruce*
Ryan J. Clarkson, Esq.
Shireen M. Clarkson, Esq.
Katherine A. Bruce, Esq.
Lauren E. Anderson, Esq.

**MOON LAW APC**
Christopher D. Moon, Esq.
Kevin O. Moon, Esq.

*Attorneys for Plaintiffs*