FILED

Apr 07 2021

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

CLARKSON LAW FIRM, P.C.
9255 Sunset Blvd., Ste. 804
Los Angeles, CA 90069

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE XAVIER and STEVEN PRESCOTT, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BAYER HEALTHCARE LLC, a Delaware limited liability company; BEIERSDORF, INC., a Delaware corporation,<br><br>Defendants. | Case No. 5:20-CV-00102-NC<br>Case Filed: 1/3/2020<br>FAC Filed: 5/15/2020<br>Assigned for all purposes to the Hon. Nathanael M. Cousins<br><br>**ORDER RE: PLAINTIFFS' MOTION TO FILE UNDER SEAL UNREDACTED BRIEF AND DECLARATION IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>PAM Hearing: April 21, 2021 |

The Court, having considered Plaintiffs' Administrative Motion to File Under Seal Unredacted Brief and Declaration in Support of Plaintiffs' Motion for Preliminary Approval, all papers filed in connection therewith, and all relevant papers on file herein, finds good cause shown and hereby enters the following ORDERS:

☐ Plaintiffs' motion is DENIED and accordingly the Court orders Plaintiffs to publicly file within seven (7) days of this Court's order the unredacted versions of (1) Plaintiffs' memorandum of points and authorities and (2) the declaration of Katherine

A. Bruce, both of which were provisionally filed under seal in support of Plaintiffs' motion for preliminary approval of class action settlement.

☒ Plaintiffs' motion is GRANTED and accordingly the Court seals the unredacted version of: (1) Plaintiffs' memorandum of points and authorities and (2) the declaration of Katherine A. Bruce, both of which were provisionally filed under seal in support of Plaintiffs' motion for preliminary approval of class action settlement. Specifically, the unredacted portions of said papers are sealed as follows:

| Document | Page and Line Citation | Description of Redacted Information |
|---|---|---|
| Memorandum of Points and Authorities | Page 11, at Lines 15 and 16 | Sales Figures |
| Memorandum of Points and Authorities | Page 13, at Lines 7 and 8 | Sales Figures |
| Memorandum of Points and Authorities | Page 17, at Line 2 | Sales Figures |
| Declaration of Katherine A. Bruce | Page 6, at Lines 16, 17, 18 | Sales Figures |
| Declaration of Katherine A. Bruce | Page 10, at Line 12 | Sales Figures |

**IT IS SO ORDERED.**

DATED:  April 7, 2021



UNITED STATES DISTRICT COURT,
DISTRICT OF NORTHERN CALIFORNIA
HONORABLE
Judge Nathanael M. Cousins

IT IS SO ORDERED

# PROOF OF SERVICE

UNITED STATES DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

I am employed in the County of Los Angeles. I am over the age of eighteen years and not a party to the within entitled action. My business address is 9255 Sunset Blvd., Suite 804, Los Angeles, CA 90069.

On **March 17, 2021** (date of service), I served a copy of the following document(s) on the interested party(ies) and/or person(s) identified on the Service List in the manner set forth below.

Documents Served

**[PROPOSED] ORDER RE: PLAINTIFFS' MOTION TO FILE UNDER SEAL UNREDACTED BRIEF AND DECLARATION IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

Method of Service

**[X]   BY EMAIL:** I caused to be transmitted a true and correct copy of the foregoing document(s) via electronic mail addressed to the interested party(ies)/person(s) as set forth on the attached Service List pursuant to law, local rules, court order, and/or agreement amongst said party(ies)/person(s) to accept service thereby.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on **March 17, 2021**           */s/Josselyn Alvarez*
                                          Josselyn Alvarez