CLARKSON LAW FIRM, P.C.
9255 Sunset Blvd., Ste. 804
Los Angeles, CA 90069

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE XAVIER and STEVEN PRESCOTT, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BAYER HEALTHCARE LLC, a Delaware limited liability company; BEIERSDORF, INC., a Delaware corporation,<br><br>Defendants. | Case No. 5:20-CV-00102-NC<br>Case Filed: 1/3/2020<br>FAC Filed: 5/15/2020<br>*Assigned for all purposes to the Hon. Nathanael M. Cousins*<br><br>**ORDER RE: PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL UNREDACTED VERSION OF PLAINTIFFS' AMENDED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |

The Court, having considered Plaintiffs' Administrative Motion to File Under Seal Unredacted Version of Plaintiffs' Motion for Preliminary Approval, all papers filed in connection therewith, and all relevant papers on file herein, finds good cause shown and hereby enters the following ORDERS:

☐ Plaintiffs' motion is DENIED and accordingly the Court orders Plaintiffs to publicly file within seven (7) days of this Court's order the unredacted version of (1) Plaintiffs' memorandum of points and authorities, (2) the declaration of Katherine A. Bruce, and (3) the supplemental declaration of Mark Schey, all of which were provisionally filed

NDCA Case No. 5:20-cv-00102                 -1-

ORDER RE: PLAINTIFFS' MOTION TO FILE UNDER SEAL

under seal in support of Plaintiffs' amended motion for preliminary approval of class action settlement.

X   Plaintiffs' motion is GRANTED and accordingly the Court seals the unredacted version of: (1) Plaintiffs' memorandum of points and authorities, (2) the declaration of Katherine A. Bruce, and (3) the declaration of Mark Schey, all of which were provisionally filed under seal in support of Plaintiffs' amended motion for preliminary approval of class action settlement.  Specifically, the unredacted portions of said papers are sealed as follows:

| Document | Page and Line Citation | Description of Redacted Information |
|---|---|---|
| Memorandum of Points and Authorities | Page 12 at Lines 17 | Sales Figures |
| Memorandum of Points and Authorities | Page 13, at Line 17 | Sales Figures |
| Memorandum of Points and Authorities | Page 18, at Line 13 | Sales Figures |
| Memorandum of Points and Authorities | Page 24, at Line 14 | Sales Figures |
| Declaration of Katherine A. Bruce | Page 8, at Lines 11-13 | Sales Figures |
| Supplemental Declaration of Mark Schey | Page 5, at Lines 12 and 16 | Sales Figures |

**IT IS SO ORDERED.**

DATED:   August 2, 2021



_____
UNITED STATES DISTRICT COURT,
DISTRICT OF CALIFORNIA
HON. NATHANAEL M. COUSINS

# PROOF OF SERVICE

UNITED STATES DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

I am employed in the County of Los Angeles. I am over the age of eighteen years and not a party to the within entitled action. My business address is 9255 Sunset Blvd., Suite 804, Los Angeles, CA 90069.

On **July 14, 2021** (date of service), I served a copy of the following document(s) on the interested party(ies) and/or person(s) identified on the Service List in the manner set forth below.

Documents Served

**[PROPOSED] ORDER RE: PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL UNREDACTED VERSION OF PLAINTIFFS' AMENDED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

Method of Service

**[X]   BY EMAIL:** I caused to be transmitted a true and correct copy of the foregoing document(s) via electronic mail addressed to the interested party(ies)/person(s) as set forth on the attached Service List pursuant to law, local rules, court order, and/or agreement amongst said party(ies)/person(s) to accept service thereby.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on **July 14, 2021**          */s/Josselyn Alvarez*
                                                           Josselyn Alvarez