**CLARKSON LAW FIRM, P.C.**
Ryan J. Clarkson (SBN 257074)
*rclarkson@clarksonlawfirm.com*
Katherine A. Bruce (SBN 288694)
*kbruce@clarksonlawfirm.com*
Kelsey J. Elling (SBN 337915)
*kelling@clarksonlawfirm.com*
22525 Pacific Coast Highway
Malibu, California 90265
Tel: (213) 788-4050
Fax: (213) 788-4070

**MOON LAW APC**
Christopher D. Moon (SBN 246622)
*chris@moonlawapc.com*
Kevin O. Moon (SBN 246792)
*kevin@moonlawapc.com*
600 West Broadway, Suite 700
San Diego, California 92101
Tel: (619) 915-9432
Fax: (650) 618-0478

*Attorneys for Plaintiffs, Settlement Class Representatives, and the Settlement Class*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE XAVIER and STEVEN PRESCOTT, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BAYER HEALTHCARE LLC, a Delaware limited liability company; BEIERSDORF, INC., a Delaware corporation,<br><br>Defendants. | Case No. 5:20-CV-00102-NC<br>Case Filed: 1/3/2020<br>FAC Filed: 5/15/2020<br>SAC Filed: 7/14/2021<br>*Assigned for all purposes to the Hon. Nathanael M. Cousins*<br><br>**DECLARATION OF PLAINTIFF AND SETTLEMENT CLASS REPRESENTATIVE STEVEN PRESCOTT IN SUPPORT OF PLAINTIFFS' MOTIONS FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND ATTORNEYS' FEES, COSTS, AND SERVICE AWARDS** |

## DECLARATION OF STEVEN PRESCOTT

I, Steven Prescott, declare and state as follows:

1. I am a Settlement Class Representative and named-plaintiff in this action. I submit this declaration in support of the Motion for Final Approval of Class Action Settlement and Motion for Attorneys' Fees, Expenses, and Service Awards. I have personal knowledge of all facts stated herein, and if called to testify as a witness, I could and would competently testify to them.

2. **Settlement Class Member/Typicality.** I am a member of the Settlement Class (consumers who purchased one or more Products in the United States prior to the date notice of the Settlement Agreement was first distributed on September 17, 2021), for purposes other than resale.[1] I previously purchased the Coppertone Sport Face Mineral-Based Sunscreen Lotion (a Covered Product) during the Class Period in the State of California. In making my purchase, I relied upon the "Mineral-Based" representation. If I had known that the Product was not truly "Mineral-Based," I would not have purchased it.

2. **Motivation to Prevent Consumer Fraud.** I decided to be a plaintiff in this case because I believe that companies should truthfully label and advertise their products so that consumers know what they are buying and spending their money on. Thus, I have volunteered to represent the class in this lawsuit because I believe that Defendants Bayer Healthcare LLC's and Beiersdorf, Inc.'s alleged false advertising of the Products as "Mineral-Based" is wrong, that companies should not be allowed to make false advertising claims about their products to trick consumers into buying or paying more for them, and consumers have a right to know what they are buying.

5. **Compliance with Class Representative Duties.** I understand that as part of this settlement, I was preliminarily appointed as a Settlement Class Representative. Throughout the prosecution of this action including the pursuit of any settlement, I have understood and agreed to the following:

---

[1] *See* Exhibit 1 to the Declaration of Katherine A. Bruce filed in support of Plaintiffs' amended preliminary approval motion, filed on July 14, 2021 (Dkt. 99-11), which is hereinafter referred to as "**Settlement Agreement**" and/or "**Ag.**" Capitalized terms set forth herein shall have the same meaning set forth in the Settlement Agreement unless expressly stated otherwise.

Clarkson Law Firm, P.C.
22525 Pacific Coast Highway
Malibu, California 90265

ND Cal Case No. 5:20-CV-00102-NC        -2-
DECLARATION OF STEVEN PRESCOTT ISO
PLAINTIFFS' MOTIONS FOR FINAL APPROVAL AND ATTORNEYS' FEES, COSTS, SERVICE AWARDS

DocuSign Envelope ID: 77703CD1-D384-402E-8107-5B63275EC6B0

Case 5:20-cv-00102-NC   Document 109-3   Filed 11/04/21   Page 3 of 4

    a. A class representative represents the interests of all members of the class;

    b. A class representative always considers the interests of the class just as he or she would consider his or her own interests;

    c. A class representative participates in the lawsuit, such as by testifying at deposition and trial, answering written questions and providing documents, complying with all discovery obligations, and staying generally informed of the status and progress of the lawsuit; and

    d. No compensation to me for my services in pursuing this action, and no litigation outcomes, can, or have been, guaranteed.

In accord with the foregoing, I have, and will continue to be, willing and able to represent the interests of the Settlement Class.

6. **No Conflicts of Interest.** I have no conflicts of interest with any other member of the Settlement Class. For example, I am not employed by Defendants, Defendants' attorneys, Settlement Class Counsel, the settlement administrator Digital Settlement Group, or the *cy pres* beneficiary, Look Good Feel Better. My only involvement with the Products and Defendants is limited to buying products as a consumer and bringing this action against Defendants.

7. **Settlement Terms.** I believe that the proposed settlement is a fair, adequate, and reasonable. It not only appears to provide significant monetary benefits (including the $2.25 million cash payment) and non-monetary benefits (including transparency and truthfulness in advertising), but it provides finality and the certainty of a recovery for the Settlement Class.

8. **Personal Time Investment.** I have been actively involved, worked diligently with my attorneys, and have devoted significant hours to the case. In the midst of the COVID19 global pandemic, I invested many hours in this litigation, which included conducting and overseeing my attorneys' detailed research and investigation regarding the advertising and labeling of the Covered Products; contributing to the drafting of the complaint; participating in the discovery process, including conducting a reasonable and diligent investigation and search for documents and information, reviewing discovery responses, and certifying the accuracy and completeness of responses to interrogatories; regularly conferring with my attorneys regarding case status and

ND Cal Case No. 5:20-CV-00102-NC    -3-
DECLARATION OF STEVEN PRESCOTT ISO
PLAINTIFFS' MOTIONS FOR FINAL APPROVAL AND ATTORNEYS' FEES, COSTS, SERVICE AWARDS

strategy; reviewing relevant pleadings and papers filed in this action; reviewing documents related to this case; interviewing with my attorneys to build the case and otherwise making myself available to do work on behalf of the class; considering the pros and cons of a highly complex national settlement and notice and claims process embodied in the Settlement Agreement and Amended Settlement Agreement; and carefully reviewing the settlement documents in order to understand the terms, prior to approving them, including balancing the benefits to the Settlement Class, against the $2.25 million cash payment and discontinuation of the "Mineral-Based" claims from the Covered Products' advertising, and factoring in the risks and costs entailed in continuing with lengthy litigation. To accomplish all of this, I took time away from work and personal activities to initiate, champion, litigate, and reach a settlement in this action.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Executed on this 3rd day of November 2021, in the State of California.

By: *Steven Prescott*
Steven Prescott