# Exhibit 1

*Claim Administrator Weekly Administrator Summary, October 31, 2021*

**Plaintiffs' Motion for Final Approval of Class Action Settlement and Motion for Attorneys' Fees, Costs, and Service Awards**

**Coppertone Class Action**

WEEKLY ADMINISTRATION SUMMARY

Monday - Sunday

| | Week 1 | Week 2 | Week 3 | Week 4 | Week 5 | Week 6 | Week 7 | |
|---|---|---|---|---|---|---|---|---|
| **Phone Calls (1-877-452-8477)** | 9/17-9/19 | 9/20-9/26 | 9/27-10/3 | 10/4-10/10 | 10/11-10/17 | 10/18-10/24 | 10/25-10/31 | **Total** |
| Inbound Calls | 1 | 22 | 13 | 8 | 3 | 4 | 0 | **51** |
| Inbound Call Minutes | 0.6 | 28.0 | 30.1 | 11.1 | 4.1 | 5.6 | 0 | **79.5** |
| Calls that left Messages | 0 | 2 | 2 | 0 | 0 | 0 | 0 | **4** |
| Outgoing Calls | 0 | 0 | 1 | 0 | 0 | 0 | 0 | **1** |
| Outgoing Call Minutes | 0.0 | 0.0 | 2.3 | 0.0 | 0.0 | 0.0 | 0.0 | **2.3** |
| **Postal Summary** | | | | | | | | |
| Mail In Requests for More Info (excludes claim forms) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **0** |
| Mail in Requests for Claim Forms | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **0** |
| Total Mail in Claim Forms | 0 | 38 | 42 | 51 | 25 | 50 | 19 | **225** |
| Mail Sent Out in Response to claim requests | 0 | 5 | 1 | 1 | 0 | 0 | 0 | **7** |
| **Opt Outs, Exclusions and Objections Received via Mail (Opt Out Deadline 11/17/21)** | | | | | | | | |
| Opt Outs or Exclusions Received | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **0** |
| Objections Received | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **0** |
| **E-mail Summary (info@mineralbasedsunscreensettlement.com)** | | | | | | | | |
| Incoming E-mail | 2 | 71 | 56 | 41 | 26 | 23 | 19 | **238** |
| Outgoing E-mails | 0 | 73 | 39 | 33 | 28 | 23 | 19 | **215** |
| **Claim Form Summary (Filing Deadline 11/17/21)** | | | | | | | | **Total** |
| **Total Claims Received** | 3,283 | 28,411 | 11,244 | 5,976 | 5,612 | 4,857 | 4,442 | **63,825** |
| with Proof of Purchase | 62 | 423 | 101 | 75 | 32 | 19 | 32 | 744 |
| without Proof of Purchase | 3,221 | 27,988 | 11,143 | 5,901 | 5,580 | 4,838 | 4,410 | 63,081 |
| **Total Products Claimed** | 23,548 | 134,332 | 53,157 | 30,664 | 26,751 | 22,917 | 21,100 | **312,469** |
| **Total Estimated Payment** | $ 53,632.50 | $ 297,110.00 | $ 114,937.50 | $ 64,225.00 | $ 56,392.50 | $ 47,402.50 | $ 44,392.50 | **$ 678,092.50** |
| **Average Estimated Payment Per Claim** | $ 16.34 | $ 10.46 | $ 10.22 | $ 10.75 | $ 10.05 | $ 9.76 | $ 9.99 | **$ 10.62** |
| **Web Statistics** | | | | | | | | |
| Unique Visits within Domain (within 5 days) | 7,789 | 46,555 | 23,483 | 15,478 | 13,827 | 6,013 | 5,397 | **118,542** |
| Claim Form Downloads (unique) | 74 | 465 | 233 | 93 | 135 | 76 | 92 | **1,168** |
| **Internet Notice Delivery** | | | | | | | | |
| Impressions | 4,842,011 | 14,206,173 | 21,885,256 | 16,950,563 | 13,356,479 | - | - | **71,240,482** |

*Prepared by Digital Settlement Group*

*Includes fraud and duplicate claims until all claims are submitted and validated.

*Notice commenced on 9/17/2021