# Exhibit 2

*Clarkson Law Firm, P.C. Resume*

**Plaintiffs' Motion for Final Approval of Class Action Settlement and Motion for Attorneys' Fees, Costs, and Service Awards**



## FIRM RESUME

Based out of Los Angeles, California, the attorneys of CLARKSON LAW FIRM, P.C. have represented plaintiffs and defendants, consumer classes and small businesses, in state and federal court, at trial and appellate levels, in class action and collective action cases, throughout California and the United States. We have an active civil trial practice and track record of success, having won numerous contested class certification motions and appointments as class counsel, leading to numerous class settlements, including the following:

## FALSE & DECEPTIVE ADVERTISING CLASS ACTIONS

- *Thomas v. Nestle USA, Inc.*, Los Angeles Superior Court Case No. BC649863 (unlawful and deceptive packaging of box candy; class certification granted and appointment of Clarkson Law Firm as Class Counsel by the Hon. Daniel J. Buckley on April 29, 2020)

- *Escobar v. Just Born, Inc.,* Case No. 2:17-cv-01826-BRO-PJW (C.D. Cal.) (unlawful and deceptive packaging of movie theater box candy; class certification granted and appointment of Clarkson Law Firm as Class Counsel by Hon. Judge Terry J. Hatter, Jr. on March 25, 2019)

- *Iglesias v. Ferrara Candy Co.*, Case No. 3:17-cv-00849-VC (N.D. Cal.) (unlawful and deceptive packaging of movie theater box candy products; Clarkson Law Firm appointed Class Counsel and final approval of nationwide class granted by the Hon. Vince Chhabria on October 31, 2018)

- *Tsuchiyama v. Taste of Nature*, Los Angeles Superior Court Case No. BC651252 (unlawful and deceptive packaging of movie theater box candy; notice of settlement and stipulation of dismissal entered pursuant to final approval of nationwide class in related case *Trentham v. Taste of Nature, Inc.*, Case No. 18PG-CV00751 granted on October 24, 2018)

- *Amiri, et al. v. My Pillow, Inc.,* San Bernardino Superior Court Case No. CIVDS1606479 (United States certified class action settlement against a global direct-to-consumer novelty goods company for false advertising and mislabeling of a pillow product as able to cure ailments before the Hon. Bryan Foster; final approved and Clarkson Law Firm appointed Class Counsel on February 26, 2018)






- *Garcia, et al. v. Iovate Health Sciences U.S.A., Inc.,* Santa Barbara County Superior Court, Case No. 1402915 (United States certified class action settlement against global dietary supplement manufacturer for false advertising and mislabeling weight loss product before Hon. James E. Herman; final approval and Clarkson Law Firm appointed Class Counsel on July 11, 2017)

- *Morales, et al. v. Kraft Foods Group, Inc.,* U.S. District Court, Central District of California, Western Division, Case No. 2:14-cv- 04387-JAK-PJW (California class action against the world's second largest food and beverage company for falsely advertising and mislabeling "natural" cheese, before the Hon. John D. Kronstadt; class certification and appointment of Clarkson Law Firm as Class Counsel granted on June 23, 2015)

- *Imburgia, et al. vs. DirecTV Inc.,* Los Angeles County Superior Court, Case No. BC398295 (California certified class action lawsuit on behalf of consumers against a major broadcast satellite provider for unlawful termination fees)

- *Grair vs. Johnson v. GlaxoSmithKline, Inc.,* 166 Cal. App. 4th 1497 (2009), Los Angeles County Superior Court, Case No. BC288536 (California certified class action lawsuit against a major pharmaceutical manufacturer for false advertising of the anti-depressant, Paxil, as non-habit forming before the Hon. Elihu Berle)

- *Wally v. CCA Industries, Inc.*, Los Angeles County Superior Court Case No. BC422833 (United States certified class action lawsuit against a major nutraceutical company for falsely advertising a popular weight loss supplement to millions of consumers before the Hon. Anthony J. Mohr);

- *Smart v. Obesity Research Insitute, LLC, et al.*, Los Angeles Superior Court Case No. BC407882/BC426780 (United States certified class action lawsuit against a major nutraceutical company for falsely advertising a popular weight loss product to millions of consumers before the Hon. Michael L. Stern)

- *Pagano v. Weather Shield Mfg., Inc., et al.*, Contra Costa Superior Court Case No. C080060 (California certified class action against major window manufacturer before Hon. Barry Goode)

- *Prescod v. Celsius Holdings, Inc.*, Los Angeles Superior Court Case No. 19STCV09321 (false labeling and advertisement of products as having "No Preservatives"; class certification granted and appointment of Clarkson Law Firm as Class Counsel by the Hon. Kenneth Freeman on August 2, 2021)

- *O'Brien and Kipikasha v. Sunshine Makers, Inc.*, San Bernardino Superior Court Case No. CIVSB2027994 (false labeling and advertisement of products being "Non-Toxic"; final approval of nationwide class granted by Hon. David Cohn on September 21, 2021)

**OTHER NOTABLE CASES**

- *Fluoroquinolone Antibiotic Cases* – Mr. Clarkson was the first plaintiff attorney in the country to represent clients in connection with claims involving permanent and disabling nerve damage caused by Levaquin, Cipro, and Avelox manufactured by Johnson & Johnson and Bayer

Pharmaceuticals. Mr. Clarkson represented dozens of clients across the country.

- *Skinner v. Ken's Foods, Inc.*, Santa Barbara Superior Court Case No. 18CV01618 (unlawful and deceptive packaging of salad dressing labels; $403,364 in attorneys' fee and expense awarded to Clarkson Law Firm because lawsuit deemed catalyst for Ken's label changes).

- *Penos vs. Zell, et al.*, Los Angeles County Superior Court Case No. BC398686 (California certified class action against employer for Labor Code violations before the Hon. Mel Red Recana).

## RYAN J. CLARKSON

Mr. Clarkson is Managing Partner of Clarkson Law Firm, P.C. Mr. Clarkson focuses his practice on consumer class and collective actions involving food misbranding, cosmetic mislabeling, defective pharmaceutical drugs and medical devices, and illegal employment practices. Prior to founding Clarkson Law Firm, P.C., Mr. Clarkson practiced consumer class action law at a prominent firm in Los Angeles, where he exclusively litigated consumer class actions against pharmaceutical companies, insurance carriers, food manufacturers, and other consumer goods manufacturers. Prior to that, Mr. Clarkson worked for over five years as an associate, summer associate, and law clerk at Dykema Gossett, PLLC.

Mr. Clarkson is admitted to the State Bars of California, Michigan, and New York. He is also a member of the bars of the United States District Courts for the Central, Northern, Southern, and Eastern Districts of California, the Eastern and Western Districts of Michigan, the Southern District of New York, as well as the United States Courts of Appeals for the Ninth and Sixth Circuits.

Mr. Clarkson graduated from Michigan State University School of Law, *summa cum laude* in 2005 and graduated from the University of Michigan at Ann Arbor in 1999 with a B.A.

Mr. Clarkson is a member of the Board of Directors of the Los Angeles Trial Lawyers' Charities as well as a member of the Consumer Attorneys of California, Consumers Attorneys Association of Los Angeles, and American Association for Justice.

## SHIREEN M. CLARKSON

Ms. Clarkson is a Partner and Class Action Practice Group Leader at Clarkson Law Firm, P.C. Ms. Clarkson focuses her practice on consumer class actions in the areas of food labeling, pharmaceutical drugs, cosmetics, exercise gear, supplements, and other consumer products. Prior to joining Clarkson Law Firm, P.C., Ms. Clarkson practiced law at a prominent Southern California class action firm where she exclusively litigated consumer class actions and mass torts cases against pharmaceutical companies, insurance carriers, food manufacturers, and other consumer goods manufacturers.

Ms. Clarkson is admitted to the State Bar of California, the bars of the United States District Courts for the Central, Northern, Eastern, and Southern Districts of California, and the Ninth Circuit Court of Appeals.

Ms. Clarkson graduated from the University of California Hastings College of the Law in 2004. In 2000, Ms. Clarkson graduated with honors from University of California, Santa Barbara where she earned a B.A.

## KATHERINE A. BRUCE

Ms. Bruce is a Partner at Clarkson Law Firm, P.C. Ms. Bruce has a wide-ranging practice that includes class actions brought under California consumer protection laws for violations of the Song-Beverly Consumer Warranty Act, Consumers Legal Remedies Act, Unfair Competition Law, and False Advertising Law, among others; mass actions in multi-district litigations and similar state procedural devices; and complex financial, business, pharmaceutical, product defect, and insurance litigation. Ms. Bruce's experience involves handling cases that require the coordination of hundreds of depositions across the country, massive electronic discovery and document productions from, at times, hundreds of non-parties, and numerous counsel and parties to efficiently and expeditiously resolve matters. Having prosecuted cases on behalf of consumers and injured parties, as well as defended cases on behalf of local, national, and worldwide companies, in jurisdictions across the country, she has developed an in-depth understanding of the practical realities of litigation from both ends of the spectrum. Ms. Bruce specializes in complex law and motion practice, often involving issues of first impression and matters that impact hundreds of claims. Ms. Bruce has also tried several cases to verdict.

Ms. Bruce is admitted to the State Bar of California, and the bars for the United States District Courts for the Central, Eastern, Northern, and Southern Districts of California.

Ms. Bruce graduated from Southwestern Law School, *magna cum laude*, in 2012. While in law school, Ms. Bruce was a board member and competitor for the interscholastic Trial Advocacy Honor Program, writer for the interscholastic Moot Court Honors Program, associate editor for the Southwestern Law Review, and served as a research assistant, teaching assistant, and dean's fellow for several professors. Ms. Bruce received several scholarships and awards, including the CALI Excellence for the Future Award and Witkin Award for Academic Excellence in several classes. Prior to entering law school, Ms. Bruce earned a B.A. in Criminology, Law, and Society.

## BAHAR SODAIFY

Ms. Sodaify is a Partner at Clarkson Law Firm, P.C. Ms. Sodaify focuses her practice on consumer class actions in the areas of food labeling, cosmetics, and other consumer products. Prior to joining Clarkson Law Firm, P.C., Ms. Sodaify was a litigation associate at a Southern California personal injury firm. Ms. Sodaify was actively involved at all stages of litigation and fought vigorously against insurance companies, multimillion-dollar corporations, and government entities, and helped recover millions of dollars for her clients. Ms. Sodaify dedicated a majority of her practice to preparing and attending hearings for minors who had been injured in an accident.

Ms. Sodaify is admitted to the State Bar of California, the bars of the United States District Courts for the Central and Northern Districts of California, and the Ninth Circuit Court of Appeals.

Ms. Sodaify graduated from Southwestern Law School in 2012, where she was a member of Southwestern's Journal of International Law and The Children's Rights Clinic. In 2009, Ms. Sodaify graduated from University of California, Los Angeles, *summa cum laude* where she earned a B.A.

## CELINE COHAN

Ms. Cohan is a Senior Associate at Clarkson Law Firm, P.C. Ms. Cohan focuses her practice on consumer

class actions in the areas of food labeling, cosmetics, and other consumer products. Prior to joining Clarkson Law Firm, P.C., Ms. Cohan was a litigation associate at a labor and employment firm where she successfully litigated wage and hour cases, discrimination, sexual harassment, and other employment related matters. Ms. Cohan is actively involved at all stages of litigation and fights vigorously against corporate wrongdoers helping to recover millions of dollars for her clients.

Ms. Cohan is admitted to the State Bar of California and the bars of the United States District Courts for the Central, Northern, and Eastern Districts of California.

Ms. Cohan graduated from Loyola Law School in 2011, where she graduated in the top 25% of her class. In 2008, Ms. Cohan graduated from University of California, Los Angeles, where she earned a B.A. in Political Science and History.

## YANA HART

Ms. Hart is a Senior Associate at Clarkson Law Firm, P.C. Ms. Hart has always had a passion for helping individuals to access the justice system. After graduating with a J.D. as the Valedictorian of her class in 2015, Ms. Hart volunteered countless hours with various legal clinics, including the San Diego Small Claims Legal Advisory, El Cajon Legal Clinic, and San Diego Appellate Clinic.

Prior to joining Clarkson Law Firm, Ms. Hart worked for a prominent class action law firm in San Diego, Hyde and Swigart APC (which subsequently merged with Kazerouni Law Group, APC). During that time, Ms. Hart has litigated over 300 consumer cases (inclusive of class actions and complex individual cases), focusing on the Fair Debt Collection Practices Act, Fair Credit Reporting Act, California Invasion of Privacy Act, Telephone Consumer Protection Act, and many other federal and California consumer statutes. Ms. Hart was able to obtain numerous favorable decisions, published on Lexis and/or Westlaw.

Several of Ms. Hart's legal articles were also published. Ms. Hart's article "The Impact of Smith v. LoanMe on My Right to Privacy Against Recording Telephone Conversations" was published in the Gavel magazine by the Orange County Trial Lawyers Association in October 2020. On March 30, 2021, Ms. Hart's article "Stopping Collection Abuses in Medical Debt" was published in Forum Magazine by the Consumer Attorneys of California.

Ms. Hart is admitted to the State Bars of California, Florida, and D.C. Ms. Hart is admitted in every district court in California, and the Ninth Circuit Court of Appeals.

Ms. Hart graduated *summa cum laude* from Cabrini College in 2012, with a Bachelor of Science in Business Administration. Ms. Hart is fluent in Russian.

## ZACH CHRZAN

Zach Chrzan is an Associate Attorney at Clarkson Law Firm. Mr. Chrzan focuses his practice on consumer class actions in the areas of food and cosmetic labeling, as well as the fraudulent advertising of vitamins and supplements.

Mr. Chrzan is admitted to the State Bar of California and the bars of the United States District Courts for the Central and Northern Districts of California.

Mr. Chrzan received his law degree from Michigan State University College of Law, where he was a member of the school's distinguished Trial Practice Institute, an Associate Editor on the Michigan State Law Review, and a teaching assistant for Civil Procedure and Property. Prior to law school, Mr. Chrzan received his Bachelor of Science degree in Economics from Indiana University.

### LAUREN ANDERSON

Lauren Anderson is an Associate Attorney at Clarkson Law Firm, P.C. Ms. Anderson focuses her practice on consumer class actions and other multi party litigations in the areas of deceptive labeling of beauty and wellness products, as well as technology, data usage, and consumer rights.

Ms. Anderson is admitted to the State Bar of California and the bars of the United States District Courts for the Central, Northern, and Eastern Districts of California.

Ms. Anderson earned her law degree in 2019 from the University of Southern California Gould School of Law. During law school, Ms. Anderson served for two years in the Student Bar Association. In 2015, Ms. Anderson earned her Bachelor of Arts degree in English from the University of Pennsylvania.

### KELSEY ELLING

Kelsey Elling is an Associate Attorney at Clarkson Law Firm, P.C. Ms. Elling focuses her practice on consumer class actions and other multi party litigations in the areas of deceptive advertising and labeling. Prior to joining Clarkson Law Firm, Ms. Elling was a litigation associate at a defense firm where her practice focused on employment and local government law.

Ms. Elling is admitted to the State Bar of Virginia and the State Bar of California, as well as the bars of the United States District Courts for the Northern, Eastern, and Southern Districts of California.

Ms. Elling graduated from Michigan State University College of Law in 2019 with her law degree. During law school, she was a member of the school's distinguished Trial Practice Institute, Articles Editor on the Michigan State International Law Review, a member of the Civil Rights Clinic, and a teaching assistant for Constitutional Law. She graduated with her Bachelor of Arts in Social Work from Delta State University in 2015.

### CHRISTINA MIRZAIE

Christina Mirzaie is an Associate Attorney at Clarkson Law Firm, P.C. Ms. Mirzaie focuses her practice on consumer class actions involving false advertising in the areas of food, supplements, and cosmetics.

Ms. Mirzaie is admitted to the State Bar of California and the bars of the United States District Courts for the Central and Northern Districts of California.

Ms. Mirzaie earned her law degree from Southwestern Law School in 2020. While in law school, Ms. Mirzaie placed first in the Intramural Trial Advocacy Competition for Best Brief Writer and received the CALI Excellence for the Future Award in Legal Analysis Writing and Skills. Ms. Mirzaie was also a teaching assistant for Alternative Dispute Resolution and a research assistant for Professor Ronald Aronovsky. Prior

to law school, Ms. Mirzaie worked as a paralegal in a personal injury law firm. In 2008, she earned her Bachelor of Arts degree in Political Science from the University of California, Riverside.