# Exhibit 3

*Moon Law APC Resume*

**Plaintiffs' Motion for Final Approval of Class Action Settlement and Motion for Attorneys' Fees, Costs, and Service Awards**



## FIRM RESUME

  Moon Law APC is a class-action law firm that represents plaintiffs in a variety of consumer protection actions, including mislabeled products, products liability, and multilevel marketing schemes. With offices in the San Francisco Bay Area and San Diego, Moon Law has successfully prosecuted numerous class-action lawsuits throughout the country, including in California, New York, New Jersey, Washington D.C., Illinois, Michigan, Delaware, and Missouri. As a result of Moon Law's efforts, millions of consumers have been provided valuable relief from the unlawful business practices of some of America's largest corporations.

## NOTABLE CLASS-ACTION CASES

- *White v. GlaxoSmithCline Consumer Healthcare Holdings (US) LLC*, Case. No. 5:2020-cv-04048 (N.D. Cal)

- *Do v. Earthwhile Endeavors, Inc.*, Case No. 3:2020-cv-03480 (N.D. Cal.)

- *Robinson et al v. General Motors LLC*, Case No. 1:2020-cv-00663 (D. Del.)

- *Bush v. Rust-Oleum*, Case No. 3:2020-cv-3:2020-cv-03268 (N.D. Cal.)

- *Martinez v. FCA US, LLC,* Case No. 2:20-cv-11164 (E.D. Mich.)

- *Moran v. Sunshine Makers, Inc.*, Case No. 4:22020-cv-03242 (N.D. Cal.)

- *In Re: S.C. Johnson & Son, Inc. Windex Non-Toxic Litigation*, Case. No. 4:2020-cv-03184 (N.D. Cal.)

- *Powell v. Subaru of America, Inc.*, Case No. 1:19-cv-19114 (D. N.J.)

- *Penhall v. Young Living Essential Oils, LC*, Case No. 3:2019-cv-02340 (S.D. Cal.)

- *Prescott v. Bayer Healthcare Pharmaceuticals Inc.*, Case No. 5:2020-cv-00102 (N.D. Cal.)

- *Goldstein v. General Motors LLC*, Case No. 3:2019-cv-01778 (S.D. Cal.)

- *Stemm v. Tootsie Roll Industries, Inc.*, Case No. 1:2018-cv-02289 (N.D. Ill.)

- *Hatch v. Ferrara Candy Co.*, Case No. 1:2018-cv-02118 (N.D. Ill.)

- *Mattocks v. Kimberly Clark Corp.*, Case No. 7:2017-cv-08417 (S.D. N.Y.)

- *Sebastian v. Kimberly Clark Corp.*, Case No. 3:2017-cv-00442 (S.D. Cal.)

# ATTORNEYS

**CHRISTOPHER D. MOON**

Christopher D. Moon is a founding member of Moon Law APC. Over the years, Mr. Moon has successfully litigated a variety of consumer class-action cases on behalf of plaintiffs in state and federal courts across the country, achieving millions of dollars in damages for the class. Mr. Moon was appointed class counsel in *Trentham v Continental Mills, Inc.*, Case No. 16PH-CV01563 (Phelps Co. Mo.); *Hawkins v Pearson Candy Company*, Case No. 16PH-CV01565 (Phelps Co. Mo.); and *Skornia v Wm. Wrighley Jr. Company*, Case No. 16AC-CC00453 (Cole Co. Mo.).

Prior to founding Moon Law APC, Mr. Moon was a Deputy District Attorney for eight years in San Diego County, where he tried dozens of cases to jury verdict, including a number of high-profile prosecutions. In recognition of his success in those cases, Mr. Moon was awarded the District Attorney's Office Outstanding Achievement Award, as well as received the County of San Diego Proclamation from the San Diego County Board of Supervisors.

Prior to working as a prosecutor, Mr. Moon was an associate at the international law firms of Covington & Burling and Heller Ehrman. Mr. Moon earned both his B.A. and J.D. at the University of California, Berkeley, and was a member of the *California Law Review*.

**KEVIN O. MOON**

Kevin O. Moon is a founding member and principal attorney at Moon Law APC. His practice focuses on consumer class-action litigation, representing plaintiff classes in unfair business practices, false and deceptive advertising, and product liability cases. Mr. Moon has represented plaintiffs in numerous class-action proceedings in California and throughout the country, in both state and federal courts.

Before founding Moon Law APC, Kevin practiced at international law firms, where he specialized in complex and class-action litigation. Kevin has extensive experience representing clients in state and federal courts, as well as in arbitration and mediation. Kevin has been recognized as a Northern California "Rising Star" by Super Lawyers Magazine.

Kevin earned his J.D., *magna cum laude*, from the University of San Diego School of Law, where he was an Executive Editor for the *San Diego Law Review*. Kevin earned his B.A. with high honors from the University of California, Berkeley.