# Exhibit 4

*CAFA Notices*

*Templates &Mailing Lists*

*March 26, 2021, and July 23, 2021*

**Plaintiffs' Motion for Final Approval of Class Action Settlement and Motion for Attorneys' Fees, Costs, and Service Awards**



SIDLEY AUSTIN LLP
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603
+1 312 853 7000
+1 312 853 7036 FAX

AMERICA • ASIA PACIFIC • EUROPE

+1 312 853 2236
TSCARBOROUGH@SIDLEY.COM

March 26, 2021

**VIA CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

[attorney general's name
attorney general's address]

Re:   Notice of Proposed Class Action Settlement (28 U.S.C. § 1715)
*Prescott v. Bayer HealthCare LLC and Beiersdorf, Inc.*, N.D. Cal. Case No. 5:20-cv-00102

Dear General [name]:

Pursuant to 28 U.S.C. § 1715, please be advised that a proposed class action settlement has been filed in the case titled *Prescott v. Bayer HealthCare LLC and Beiersdorf, Inc.*, N.D. Cal. Case No. 5:20-cv-00102, currently pending in the United States District Court for the Northern District of California before the Honorable Nathanael Cousins.

Compliance with 28 U.S.C. § 1715(b)

Subsection 1715(b) lists eight items that must be provided to appropriate State and Federal officials in connection with any proposed class action settlement.  Each of these items is addressed below.

- 28 U.S.C. § 1715(b)(1):  Complaint and Related Materials

   A copy of all of the complaints and amended complaints in the Litigation are attached hereto, collectively, as Exhibit 1.[1]

- 28 U.S.C. § 1715(b)(2):  Notice of Any Scheduled Judicial Hearing

   A motion for preliminary approval of the settlement was filed on March 17, 2021.  The motion, which is pending before the Honorable Nathanael Cousins of the United States District Court for the Northern District of California, has been noticed for hearing on April 21, 2021.

---

[1] In lieu of voluminous paper copies, the attachments to this notice have been provided on the enclosed CD.  We are also happy to provide hard copies of the attachments upon request.

Sidley Austin LLP is a limited liability partnership practicing in affiliation with other Sidley Austin partnerships.

# SIDLEY

«Title» [name]
Page 2

- 28 U.S.C. § 1715(b)(3)-(5):  Notification to Class Members; Proposed Class Action Settlement; Settlement or Other Agreement Contemporaneously Made Between Defendants' Counsel and Class Counsel

  A copy of the proposed Settlement Agreement, which attaches the proposed Claim Form, Notice Plan, Long Form Notice, Short Form Notice, and Online Advertisements to be provided to class members, is attached hereto as Exhibit 2.  No other contemporaneous agreements between Defendants' Counsel and Class Counsel exist.

- 28 U.S.C. § 1715(b)(6):  Final Judgment Or Notice of Dismissal

  There has been no final judgment or notice of dismissal.  The hearing to determine whether to give final approval to the settlement has not yet been scheduled.

- 28 U.S.C. § 1715(b)(7)(A) and (B):  Estimate of Class Members in Each State

  It is not feasible for Defendants to identify the names of class members who reside in each State.  Accordingly, pursuant to 28 U.S.C. § 1715(b)(7)(B), Defendants have undertaken to provide a reasonable estimate of the potential number of class members residing in each State and the estimated proportionate share of the claims of such members to the entire settlement.

  Attached hereto as Exhibit 3 is a chart identifying the estimated number of potential class members residing in each state, as well as the estimated proportionate share of the claims of such members to the entire settlement.  Based on the information currently available, Defendants do not have any reason to believe that the proportionate share of claims will differ in any material way from the proportionate share of class members in each state, as nothing about the settlement suggests or incentivizes differing claims rates across states and the size of a claimant's award does not depend on the state in which he or she resides.  Accordingly, Defendants have

# SIDLEY

«Title» [name]
Page 3

    estimated the proportionate share of claims by estimating the proportion of class members located in each state.[2]

- 28 U.S.C. § 1715(b)(8):  Judicial Opinions Related to the Settlement

    As of the date of this letter, there are no judicial opinions related to the proposed Settlement or Settlement Agreement.

<u>Timeliness of this Notice</u>

  Section 1715 provides two deadlines for service of this CAFA notice, and Defendants either have complied or will comply with both of these deadlines.  First, 28 U.S.C. § 1715(b) provides that Defendants must serve this notice "not later than 10 days after a proposed settlement of a class action is filed in court."  Defendants have complied with this deadline because the settlement was filed in court on March 17, 2021.  Second, 28 U.S.C. § 1715(d) provides that "[a]n order giving final approval of a proposed settlement may not be issued earlier than 90 days after" service of the notice on the appropriate Federal official.  This notice will comply with that deadline as well, because the final approval hearing will not be requested for a date earlier than June 15, 2021.

  Please contact me if you require any additional materials or further information about the above matter.

            Very truly yours,

            /s/ Theodore R. Scarborough

            Theodore R. Scarborough
            SIDLEY AUSTIN LLP
            Attorney for Defendants

Enclosure (1)

---

[2] Defendants derived their reasonable estimate of the number of class members in each state by multiplying the total number of products shipped to all states over the years the products have been sold by each state's percentage share of the total number of the products shipped in 2019, the only year for which these percentages were available. The percentage share in 2019 for Alaska, Idaho, Montana, Nebraska, North Dakota, South Dakota, West Virginia, and Wyoming was zero, so additional class members were assigned to these states based on the average number of class members by population in neighboring states. The percentage shares for all states was then adjusted accordingly. The final estimate of class members in all states was also reduced based on estimates of the repeat purchase rate for the products.

| ATTORNEY GENERAL | STATE | TITLE | STREET ADDRESS | STREET ADDRESS 2 | CITY, STATE ZIP |
|---|---|---|---|---|---|
| STEVE MARSHALL | ALABAMA | OFFICE OF THE ATTORNEY GENERAL | 501 WASHINGTON AVE. | P.O. BOX 300152 | MONTGOMERY, AL 36130-0152 |
| TREG TAYLOR | ALASKA | OFFICE OF THE ATTORNEY GENERAL | 1031 W 4TH AVE | SUITE 200 | ANCHORAGE, AK 99501-5903 |
| FAINU'ULEI FALEFATU ALA'ILIMA-UTU | AMERICAN SAMOA | OFFICE OF THE ATTORNEY GENERAL | PO BOX 7 | EXECUTIVE OFFICE BUILDING, 3RD FL | UTULEI, AMERICAN SAMOA 96799 |
| MARK BRNOVICH | ARIZONA | OFFICE OF THE ATTORNEY GENERAL | 2005 N CENTRAL AVE | | PHOENIX, AZ 85004-1592 |
| LESLIE RUTLEDGE | ARKANSAS | OFFICE OF THE ATTORNEY GENERAL | 323 CENTER ST | SUITE 200 | LITTLE ROCK, ARKANSAS 72201-2610 |
| XAVIER BECERRA | CALIFORNIA | ATTORNEY GENERAL'S OFFICE | 1300 I ST. | STE. 1740 | SACRAMENTO, CA 94244-2550 |
| PHIL WEISER | COLORADO | OFFICE OF THE ATTORNEY GENERAL | RALPH L CARR JUDICIAL BUILDING | 1300 N BROADWAY FL 10 | DENVER, CO 80203-2104 |
| WILLIAM TONG | CONNECTICUT | ATTORNEY GENERAL'S OFFICE | 165 CAPITOL AVENUE | | HARTFORD, CT 06106-1746 |
| KATHY JENNINGS | DELAWARE | ATTORNEY GENERAL'S OFFICE | CARVEL STATE OFFICE BLDG. | 820 N FRENCH ST | WILMINGTON, DE 19801-3509 |
| KARL RACINE | DISTRICT OF COLUMBIA | OFFICE OF THE ATTORNEY GENERAL | 400 6TH ST., NW | | WASHINGTON, DC 20001-2714 |
| ASHLEY MOODY | FLORIDA | OFFICE OF THE ATTORNEY GENERAL | GOV OFFICE | THE CAPITOL PL-01 | TALLAHASSEE, FL 32399-0001 |
| CHRIS CARR | GEORGIA | OFFICE OF THE ATTORNEY GENERAL | 40 CAPITOL SQ, SW | | ATLANTA, GA 30334-9057 |
| LEEVIN CAMACHO | GUAM | OFFICE OF THE ATTORNEY GENERAL | ITC BUILDING | 590 S MARINE CORPS DRIVE, STE 706 | TAMUNING, GUAM 96913-3537 |
| CLARE CONNORS | HAWAII | DEPARTMENT OF THE ATTORNEY GENERAL | 425 QUEEN ST | | HONOLULU, HI 96813-2903 |
| LAWRENCE WASDEN | IDAHO | OFFICE OF THE ATTORNEY GENERAL | 700 W JEFFERSON ST, STE 210 | P.O. BOX 83720 | BOISE, IDAHO 83720-0001 |
| KWAME RAOUL | ILLINOIS | OFFICE OF THE ATTORNEY GENERAL | 100 W RANDOLPH ST | | CHICAGO, IL 60601-3218 |
| TODD ROKITA | INDIANA | OFFICE OF THE ATTORNEY GENERAL | INDIANA GOVERNMENT CENTER SOUTH – 5TH FLOOR | 302 W WASHINGTON ST | INDIANAPOLIS, IN 46204-4701 |
| TOM MILLER | IOWA | OFFICE OF THE ATTORNEY GENERAL | HOOVER STATE OFFICE BUILDING | 1305 E WALNUT ST | DES MOINES, IA 50319-0106 |
| DEREK SCHMIDT | KANSAS | OFFICE OF THE ATTORNEY GENERAL | 120 SW 10TH AVE FL 2 | | TOPEKA, KS 66612-1237 |
| DANIEL CAMERON | KENTUCKY | OFFICE OF THE ATTORNEY GENERAL | 700 CAPITAL AVE RM 118 | | FRANKFORT, KY 40601-3458 |
| JEFF LANDRY | LOUISIANA | ATTORNEY GENERAL'S OFFICE | POST OFFICE BOX 94005 | | BATON ROUGE, LA 70804-9005 |
| AARON FREY | MAINE | OFFICE OF THE ATTORNEY GENERAL | STATE HOUSE STATION 6 | | AUGUSTA, ME 04333 |
| BRIAN FROSH | MARYLAND | OFFICE OF THE ATTORNEY GENERAL | 200 SAINT PAUL ST | | BALTIMORE, MD 21202-2004 |
| MAURA HEALEY | MASSACHUSETTS | OFFICE OF THE ATTORNEY GENERAL | 1 ASHBURTON PL | | BOSTON, MA 02108-1698 |
| DANA NESSEL | MICHIGAN | OFFICE OF THE ATTORNEY GENERAL | P.O. BOX 30212 | 525 W OTTAWA ST | LANSING, MI 48909-0212 |
| KEITH ELLISON | MINNESOTA | OFFICE OF THE ATTORNEY GENERAL | SUITE 102, STATE CAPITAL | 75 DR. MARTIN LUTHER KING, JR. BLVD. | ST. PAUL, MN 55155 |
| LYNN FITCH | MISSISSIPPI | ATTORNEY GENERAL'S OFFICE | DEPARTMENT OF JUSTICE | P.O. BOX 220 | JACKSON, MS 39201-1113 |
| ERIC SCHMITT | MISSOURI | ATTORNEY GENERAL'S OFFICE | SUPREME COURT BUILDING | 207 W HIGH ST | JEFFERSON CITY, MO 65101-1516 |
| AUSTIN KNUDSEN | MONTANA | ATTORNEY GENERAL'S OFFICE | JUSTICE BLDG | 215 N SANDERS ST | HELENA, MT 59601-4522 |
| DOUG PETERSON | NEBRASKA | ATTORNEY GENERAL'S OFFICE | STATE CAPITOL | PO BOX 98920 | LINCOLN, NE 68509-8920 |
| AARON FORD | NEVADA | ATTORNEY GENERAL'S OFFICE | OLD SUPREME CT. BLDG. | 100 N CARSON ST | CARSON CITY, NV 89701-4717 |
| GORDON MACDONALD | NEW HAMPSHIRE | ATTORNEY GENERAL'S OFFICE | 33 CAPITOL ST | | CONCORD, NH 03301-6310 |
| GURBIR GREWAL | NEW JERSEY | OFFICE OF THE ATTORNEY GENERAL | RICHARD J. HUGHES JUSTICE COMPLEX | 25 MARKET ST P.O BOX # 80 | TRENTON, NJ 08611-2148 |
| HECTOR BALDERAS | NEW MEXICO | OFFICE OF THE ATTORNEY GENERAL | P.O. DRAWER 1508 | | SANTA FE, NM 87504-1508 |
| LETITIA JAMES | NEW YORK | OFFICE OF THE ATTORNEY GENERAL | DEPT. OF LAW – THE CAPITOL, 2ND FL. | | ALBANY, NY 12210-2817 |
| JOSH STEIN | NORTH CAROLINA | ATTORNEY GENERAL'S OFFICE | DEPT. OF JUSTICE | P.O.BOX 629 | RALEIGH, NC 27699-9000 |
| WAYNE STENEHJEM | NORTH DAKOTA | ATTORNEY GENERAL'S OFFICE | STATE CAPITOL | 600 E BOULEVARD AVE | BISMARCK, ND 58505-0602 |
| EDWARD MANIBUSAN | NORTHERN MARIANA ISLANDS | OFFICE OF THE ATTORNEY GENERAL | ADMINISTRATION BUILDING | PO BOX 10007 | SAIPAN, MP 96950-8907 |
| DAVE YOST | OHIO | OFFICE OF THE ATTORNEY GENERAL | STATE OFFICE TOWER | 30 E BROAD ST | COLUMBUS, OH 43215-3414 |
| MIKE HUNTER | OKLAHOMA | OFFICE OF THE ATTORNEY GENERAL | 313 NE 21ST ST | | OKLAHOMA CITY, OK 73105-3207 |
| ELLEN ROSENBLUM | OREGON | OFFICE OF THE ATTORNEY GENERAL | JUSTICE  BLDG | 1162 COURT ST NE | SALEM, OR 97301-4095 |
| JOSH SHAPIRO | PENNSYLVANIA | OFFICE OF THE ATTORNEY GENERAL | GOVERNORS OFFICE | 16TH FLOOR, STRAWBERRY SQUARE | HARRISBURG, PA 17120-0001 |
| DOMINGO EMANUELLI HERNÁNDEZ | PUERTO RICO | PUERTO RICO ATTORNEY GENERAL | PO BOX 9020192 | | SAN JUAN, PR 00902-0192 |
| PETER NERONHA | RHODE ISLAND | OFFICE OF THE ATTORNEY GENERAL | 150 S MAIN ST | | PROVIDENCE, RI 02903-2907 |
| ALAN WILSON | SOUTH CAROLINA | OFFICE OF THE ATTORNEY GENERAL | REMBERT C. DENNIS OFFICE BLDG. | P.O. BOX 11549 | COLUMBIA, S.C. 29211-1549 |
| JASON RAVNBORG | SOUTH DAKOTA | OFFICE OF THE ATTORNEY GENERAL | 1302 E HIGHWAY 14, STE 1 | | PIERRE, SD 57501-8501 |
| HERBERT SLATERY III | TENNESSEE | OFFICE OF THE ATTORNEY GENERAL | 425 5TH AVENUE NORTH | | NASHVILLE, TN 37202-4015 |
| KEN PAXTON | TEXAS | OFFICE OF THE ATTORNEY GENERAL | CAPITOL STATION | P.O. BOX 12548 | AUSTIN, TX 78711-2548 |
| DENISE GEORGE | U.S. VIRGIN ISLANDS | OFFICE OF THE ATTORNEY GENERAL | 34-38 KRONPRINDSENS GADE | GERS BUILDING, 2ND FLOOR | ST. THOMAS, VIRGIN ISLANDS 00802-5751 |
| SEAN REYES | UTAH | OFFICE OF THE ATTORNEY GENERAL | STATE CAPITOL, RM. 236 | | SALT LAKE CITY, UT 84114-2320 |
| T. J. DONOVAN | VERMONT | OFFICE OF THE ATTORNEY GENERAL | 109 STATE ST | | MONTPELIER, VT 05609-0002 |
| MARK HERRING | VIRGINIA | OFFICE OF THE ATTORNEY GENERAL | 202 N 9TH ST | | RICHMOND, VIRGINIA 23219-3424 |
| BOB FERGUSON | WASHINGTON | OFFICE OF THE ATTORNEY GENERAL | 1125 WASHINGTON ST SE | P.O. BOX 40100 | OLYMPIA, WA 98504-0100 |
| PATRICK MORRISEY | WEST VIRGINIA | OFFICE OF THE ATTORNEY GENERAL | STATE CAPITOL, | 1900 KANAWHA BLVD., E. | CHARLESTON, WV 25305-0029 |
| JOSH KAUL | WISCONSIN | OFFICE OF THE ATTORNEY GENERAL | WI DEPT OF JUSTICE STATE CAPITOL | P. O. BOX 7857 | MADISON, WI 53707-7857 |
| BRIDGET HILL | WYOMING | OFFICE OF THE ATTORNEY GENERAL | 2320 CAPITOL AVENUE | | CHEYENNE, WY 82001-3644 |
| MONTY WILKINSON | US | OFFICE OF THE ATTORNEY GENERAL | U.S. DEPARTMENT OF JUSTICE | 950 PENNSYLVANIA AVE. NW | WASHINGTON, DC 20530 |



SIDLEY AUSTIN LLP
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603
+1 312 853 7000
+1 312 853 7036 FAX

AMERICA • ASIA PACIFIC • EUROPE

+1 312 853 2236
TSCARBOROUGH@SIDLEY.COM

July 23, 2021

**VIA CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

[attorney general's name
attorney general's address]

Re:   Notice of Proposed Class Action Settlement (28 U.S.C. § 1715)
      *Prescott v. Bayer HealthCare LLC and Beiersdorf, Inc.*, N.D. Cal. Case No. 5:20-cv-00102

Dear General [name]:

Pursuant to 28 U.S.C. § 1715, please be advised that a proposed class action settlement has been filed in the case titled *Prescott v. Bayer HealthCare LLC and Beiersdorf, Inc.*, N.D. Cal. Case No. 5:20-cv-00102, currently pending in the United States District Court for the Northern District of California before the Honorable Nathanael Cousins.

Compliance with 28 U.S.C. § 1715(b)

Subsection 1715(b) lists eight items that must be provided to appropriate State and Federal officials in connection with any proposed class action settlement. Each of these items is addressed below.

- 28 U.S.C. § 1715(b)(1):  Complaint and Related Materials

  A copy of all of the complaints and amended complaints in the Litigation are attached hereto, collectively, as Exhibit A.[1]

- 28 U.S.C. § 1715(b)(2):  Notice of Any Scheduled Judicial Hearing

  A motion for preliminary approval of the settlement was filed on July 13, 2021. The motion, which is pending before the Honorable Nathanael Cousins of the United States District Court for the Northern District of California, has been noticed for hearing on July 28, 2021.

---

[1] In lieu of voluminous paper copies, the attachments to this notice have been provided on the enclosed CD. We are also happy to provide hard copies of the attachments upon request.

Sidley Austin LLP is a limited liability partnership practicing in affiliation with other Sidley Austin partnerships.

# SIDLEY

«Title» [name]
Page 2

- 28 U.S.C. § 1715(b)(3)-(5):  Notification to Class Members; Proposed Class Action Settlement; Settlement or Other Agreement Contemporaneously Made Between Defendants' Counsel and Class Counsel

    A copy of the proposed Settlement Agreement, which attaches the proposed Claim Form, Notice Plan, Long Form Notice, Short Form Notice, and Online Advertisements to be provided to class members, is attached hereto as Exhibit B.  No other contemporaneous agreements between Defendants' Counsel and Class Counsel exist.

- 28 U.S.C. § 1715(b)(6):  Final Judgment Or Notice of Dismissal

    There has been no final judgment or notice of dismissal.  The hearing to determine whether to give final approval to the settlement has not yet been scheduled.

- 28 U.S.C. § 1715(b)(7)(A) and (B):  Estimate of Class Members in Each State

    It is not feasible for Defendants to identify the names of class members who reside in each State.  Accordingly, pursuant to 28 U.S.C. § 1715(b)(7)(B), Defendants have undertaken to provide a reasonable estimate of the potential number of class members residing in each State and the estimated proportionate share of the claims of such members to the entire settlement.

    Attached hereto as Exhibit C is a chart identifying the estimated number of potential class members residing in each state, as well as the estimated proportionate share of the claims of such members to the entire settlement.  Based on the information currently available, Defendants do not have any reason to believe that the proportionate share of claims will differ in any material way from the proportionate share of class members in each state, as nothing about the settlement suggests or incentivizes differing claims rates across states and the size of a claimant's award does not depend on the state in which he or she resides.  Accordingly, Defendants have

# SIDLEY

«Title» [name]
Page 3

        estimated the proportionate share of claims by estimating the proportion of class members located in each state.[2]

- 28 U.S.C. § 1715(b)(8):  Judicial Opinions Related to the Settlement

        The Court previously denied the Parties motion for preliminary approval of their prior settlement agreement in this matter. A copy of the Court's Order Denying Without Prejudice Motion for Preliminary Approval is attached hereto as Exhibit D.

    <u>Timeliness of this Notice</u>

    Section 1715 provides two deadlines for service of this CAFA notice, and Defendants either have complied or will comply with both of these deadlines.  First, 28 U.S.C. § 1715(b) provides that Defendants must serve this notice "not later than 10 days after a proposed settlement of a class action is filed in court."  Defendants have complied with this deadline because the settlement was filed in court on July 13, 2021.  Second, 28 U.S.C. § 1715(d) provides that "[a]n order giving final approval of a proposed settlement may not be issued earlier than 90 days after" service of the notice on the appropriate Federal official.  This notice will comply with that deadline as well, because the final approval hearing will not be requested for a date earlier than October 21, 2021.

    Please contact me if you require any additional materials or further information about the above matter.

---

[2] Defendants derived their reasonable estimate of the number of class members in each state by multiplying the total number of products shipped to all states over the years the products have been sold by each state's percentage share of the total number of the products shipped in 2019, the only year for which these percentages were available. The percentage share in 2019 for Alaska, Idaho, Montana, Nebraska, North Dakota, South Dakota, West Virginia, and Wyoming was zero, so an additional 125,847 class members were assigned to these states based on the average number of class members by population in neighboring states. The number of products shipped to Indiana was reduced by 234,636 because these units were shipped to a central processing location within that state, and Defendants have no way of reasonably tracking in which state these products were ultimately purchased. The percentage shares for all states was then adjusted accordingly. The final estimate of class members in all states was also reduced based on estimates of the repeat purchase rate for the products.

# SIDLEY

«Title» [name]
Page 4

                               Very truly yours,

                               /s/ Theodore R. Scarborough

                               Theodore R. Scarborough
                               SIDLEY AUSTIN LLP
                               Attorney for Defendants

Enclosure (1)

| Name | Street Address | Street Address 2 | City, State Zip |
|---|---|---|---|
| Steve Marshall | 501 Washington Ave. | P.O. Box 300152 | Montgomery, AL 36130-0152 |
| Treg Taylor | 1031 W 4Th Ave | Suite 200 | Anchorage, AK 99501-5903 |
| Fainu'Ulei Falefatu Ala'Ilima-Utu | Po Box 7 | Executive Office Building, 3Rd Fl | Utulei, American Samoa 96799 |
| Mark Brnovich | 2005 N Central Ave | | Phoenix, AZ 85004-1592 |
| Leslie Rutledge | 323 Center St | Suite 200 | Little Rock, Arkansas 72201-2610 |
| Rob Bonta | 1300 I St. | Ste. 1740 | Sacramento, CA 94244-2550 |
| Phil Weiser | Ralph L Carr Judicial Building | 1300 N Broadway Fl 10 | Denver, CO 80203-2104 |
| William Tong | 165 Capitol Avenue | | Hartford, CT 06106-1746 |
| Kathy Jennings | Carvel State Office Bldg. | 820 N French St | Wilmington, DE 19801-3509 |
| Karl Racine | 400 6Th St., Nw | | Washington, DC 20001-2714 |
| Ashley Moody | Gov Office | The Capitol Pl-01 | Tallahassee, FL 32399-0001 |
| Chris Carr | 40 Capitol Sq, Sw | | Atlanta, GA 30334-9057 |
| Leevin Camacho | Itc Building | 590 S Marine Corps Drive, Ste 706 | Tamuning, Guam 96913-3537 |
| Clare Connors | 425 Queen St | | Honolulu, HI 96813-2903 |
| Lawrence Wasden | 700 W Jefferson St, Ste 210 | P.O. Box 83720 | Boise, Idaho 83720-0001 |
| Kwame Raoul | 100 W Randolph St | | Chicago, IL 60601-3218 |
| Todd Rokita | Indiana Government Center South – 5Th Floor | 302 W Washington St | Indianapolis, IN 46204-4701 |
| Tom Miller | Hoover State Office Building | 1305 E Walnut St | Des Moines, IA 50319-0106 |
| Derek Schmidt | 120 Sw 10Th Ave Fl 2 | | Topeka, KS 66612-1237 |
| Daniel Cameron | 700 Capital Ave Rm 118 | | Frankfort, KY 40601-3458 |
| Jeff Landry | Post Office Box 94005 | | Baton Rouge, LA 70804-9005 |
| Aaron Frey | State House Station 6 | | Augusta, ME 04333 |
| Brian Frosh | 200 Saint Paul St | | Baltimore, MD 21202-2004 |
| Maura Healey | 1 Ashburton Pl | | Boston, MA 02108-1698 |
| Dana Nessel | P.O. Box 30212 | 525 W Ottawa St | Lansing, MI 48909-0212 |
| Keith Ellison | Suite 102, State Capital | 75 Dr. Martin Luther King, Jr. Blvd. | St. Paul, MN 55155 |
| Lynn Fitch | Department Of Justice | P.O. Box 220 | Jackson, MS 39201-1113 |
| Eric Schmitt | Supreme Court Building | 207 W High St | Jefferson City, MO 65101-1516 |
| Austin Knudsen | Justice Bldg | 215 N Sanders St | Helena, MT 59601-4522 |
| Doug Peterson | State Capitol | Po Box 98920 | Lincoln, NE 68509-8920 |
| Aaron Ford | Old Supreme Ct. Bldg. | 100 N Carson St | Carson City, NV 89701-4717 |
| John Formella | 33 Capitol St | | Concord, NH 03301-6310 |
| Gurbir Grewal | Richard J. Hughes Justice Complex | 25 Market St P.O Box # 80 | Trenton, NJ 08611-2148 |
| Hector Balderas | P.O. Drawer 1508 | | Santa Fe, NM 87504-1508 |
| Letitia James | Dept. Of Law – The Capitol, 2Nd Fl. | | Albany, NY 12210-2817 |
| Josh Stein | Dept. Of Justice | P.O.Box 629 | Raleigh, NC 27699-9000 |
| Wayne Stenehjem | State Capitol | 600 E Boulevard Ave | Bismarck, ND 58505-0602 |

| | | | |
|---|---|---|---|
| Edward Manibusan | Administration Building | Po Box 10007 | Saipan, MP 96950-8907 |
| Dave Yost | State Office Tower | 30 E Broad St | Columbus, OH 43215-3414 |
| Dawn Cash | 313 Ne 21St St | | Oklahoma City, OK 73105-3207 |
| Ellen Rosenblum | Justice Bldg | 1162 Court St Ne | Salem, OR 97301-4095 |
| Josh Shapiro | Governors Office | 16Th Floor, Strawberry Square | Harrisburg, PA 17120-0001 |
| Domingo Emanuelli Hernández | Po Box 9020192 | | San Juan, PR 00902-0192 |
| Peter Neronha | 150 S Main St | | Providence, RI 02903-2907 |
| Alan Wilson | Rembert C. Dennis Office Bldg. | P.O. Box 11549 | Columbia, S.C. 29211-1549 |
| Jason Ravnborg | 1302 E Highway 14, Ste 1 | | Pierre, SD 57501-8501 |
| Herbert Slatery Iii | 425 5Th Avenue North | | Nashville, TN 37202-4015 |
| Ken Paxton | Capitol Station | P.O. Box 12548 | Austin, TX 78711-2548 |
| Denise George | 34-38 Kronprindsens Gade | Gers Building, 2Nd Floor | St. Thomas, Virgin Islands 00802-5751 |
| Sean Reyes | State Capitol, Rm. 236 | | Salt Lake City, UT 84114-2320 |
| T. J. Donovan | 109 State St | | Montpelier, VT 05609-0002 |
| Mark Herring | 202 N 9Th St | | Richmond, Virginia 23219-3424 |
| Bob Ferguson | 1125 Washington St Se | P.O. Box 40100 | Olympia, WA 98504-0100 |
| Patrick Morrisey | State Capitol, | 1900 Kanawha Blvd., E. | Charleston, WV 25305-0029 |
| Josh Kaul | Wi Dept Of Justice State Capitol | P. O. Box 7857 | Madison, WI 53707-7857 |
| Bridget Hill | 2320 Capitol Avenue | | Cheyenne, WY 82001-3644 |
| Merrick Garland | U.S. Department Of Justice | 950 Pennsylvania Ave. Nw | Washington, DC 20530-0001 |