# Exhibit 5

*Lodestar Chart for Clarkson*

**Plaintiffs' Motion for Final Approval of Class Action Settlement and Motion for Attorneys' Fees, Costs, and Service Awards**

*Xavier et al. v. Bayer Healthcare LLC (Coppertone Mineral-Based)*
**Clarkson Law Firm, P.C. Lodestar Chart**
**Inception – November 3, 2021**

| Name | Total Hours | | | | | | | Rate | Hours | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | - | - | - |
| Clarkson, Ryan | 24.3 | 23.2 | 28.9 | 5.3 | 3.2 | 45.8 | 2.9 | 875 | | $116,900.00 |
| Bruce, Katherine | 78.9 | 5.9 | 0 | 49.7 | 19.7 | 76.7 | 10.7 | 775 | | $187,240.00 |
| Anderson, Lauren | 99.3 | 45.3 | 23.9 | 28.2 | 2.1 | 32.9 | 18.2 | 450 | | $111,510.00 |
| Elling, Kelsey | 0 | 0 | 0 | 0 | 0 | 64.7 | 15.3 | 450 | | $36,945.00 |
| Paralegal | 1.9 | 17.5 | 8.3 | 7.9 | 0.8 | 18.3 | 27.3 | 225 | | $18,427.50 |
| **Total Hours** | 204.3 | 91.9 | 91.9 | 61.1 | 25.8 | 238.4 | 74.4 | 787 | | - |
| **Total Fees** | $127,500.00 | $49,195.00 | $49,195.00 | $37,910.00 | $19,192.50 | $147,555.00 | $32,047.50 | - | | $471,022.50 |

**Time Keepers:**
a. Ryan Clarkson, Managing Partner (YOG 2005)
b. Katherine Bruce, Partner (YOG 2012)
c. Lauren Anderson, Associate (YOG 2019)
d. Kelsey Elling, Associate (YOG 2019)
e. Paralegals

**Categories**:
1. **Research & Investigation**: Factual Development, General Legal Research, Review & Analysis of Materials, Strategy, Attorney Conferences, Client Conferences, Etc.
2. **Pleadings & Pre-Lawsuit Demands**: Legal/Factual Research, Draft/Revise Papers, Review & Analysis of Materials, Strategy, Attorney Conferences, Client Conferences, Etc.
3. **Law & Motion (Non-Settlement Related)**: Legal/Factual Research, Draft/Revise Papers, Review & Analysis of Materials, Strategy, Attorney Conferences, Client Conferences, Etc.
4. **Discovery Activities (Non-Expert)**: Legal/Factual Research, Draft/Revise Requests/Responses, Document Production Preparation, Document Review & Analysis, Attorney Conferences, Client Conferences, Etc.
5. **Expert/Consultant Activities**: Research, Expert Conferences, Draft/Revise Reports, Review & Analyze Reports and Consultations, Strategy, Attorney Conferences, Etc.
6. **Settlement Related Activities (Incl. Law & Motion, Class Notice)**: Settlement Conferences, Preparation of Materials for Conferences & Negotiations, Law & Motion, Draft/Revise/Review/Analyze Settlement-Related Documents, Strategy, Attorney Conferences, Client Conferences, Conferences with Administrator, Oversight of Administrator Activities, Etc.
7. **Case Management Related Activities**: Attorney Conferences, Client Conferences, Draft/Review/Revise Case Management Related Documents