# Exhibit 6

*Lodestar Chart for Moon Law*

**Plaintiffs' Motion for Final Approval of Class Action Settlement and Motion for Attorneys' Fees, Costs, and Service Awards**

*Xavier et al. v. Bayer Healthcare LLC (Coppertone Mineral-Based)*
Moon Law APC Lodestar Chart
Inception – November 3, 2021

| Name | Total Hours | | | | | | | Rate | Hours | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | - | - | - |
| Moon, Christopher | 47.2 | 19.3 | 48.1 | 8.3 | 2.4 | 46.3 | 7.4 | 850 | 179.0 | $152,150.00 |
| Moon, Kevin | 28.4 | 14.9 | 34.8 | 12.7 | 0 | 59.1 | 6.2 | 850 | 156.1 | $132,685.00 |
| Total Hours | | | | | | | | - | 335.1 | - |
| Total Fees | $64,260.00 | $29,070.00 | $70,465.00 | $17,850.00 | $2,040.00 | $89,590.00 | $11,560.00 | - | - | $284,835.00 |
| Weighted Average Hourly Rate | - | - | - | - | - | - | - | 850 | | - |

**Time Keepers:**
a. Christopher Moon, Partner (YOG 2006)
b. Kevin Moon, Partner (YOG 2006)

**Categories**:
1. **Research & Investigation**: Factual Development, General Legal Research, Review & Analysis of Materials, Strategy, Attorney Conferences, Client Conferences, Etc.
2. **Pleadings & Pre-Lawsuit Demands**: Legal/Factual Research, Draft/Revise Papers, Review & Analysis of Materials, Strategy, Attorney Conferences, Client Conferences, Etc.
3. **Law & Motion (Non-Settlement Related)**: Legal/Factual Research, Draft/Revise Papers, Review & Analysis of Materials, Strategy, Attorney Conferences, Client Conferences, Etc.
4. **Discovery Activities (Non-Expert)**: Legal/Factual Research, Draft/Revise Requests/Responses, Document Production Preparation, Document Review & Analysis, Attorney Conferences, Client Conferences, Etc.
5. **Expert/Consultant Activities**: Research, Expert Conferences, Draft/Revise Reports, Review & Analyze Reports and Consultations, Strategy, Attorney Conferences, Etc.
6. **Settlement Related Activities (Incl. Law & Motion, Class Notice)**: Settlement Conferences, Preparation of Materials for Conferences & Negotiations, Law & Motion, Draft/Revise/Review/Analyze Settlement-Related Documents, Strategy, Attorney Conferences, Client Conferences, Conferences with Administrator, Oversight of Administrator Activities, Etc.
7. **Case Management Related Activities**: Attorney Conferences, Client Conferences, Draft/Review/Revise Case Management Related Documents