# Exhibit 11

*ALM Daily Report*

*February 22, 2011*

**Plaintiffs' Motion for Final Approval of Class Action Settlement and Motion for Attorneys' Fees, Costs, and Service Awards**

An ALM web site

**DAILY REPORT**

4:19 P.M. EST
Tuesday, February 22, 2011

Get premium access. 30-day trial
Subscribe now for under $1 a day
Receive free daily headlines

| Home | News Sections | Court Opinions | Court Calendars | Public Notices | Bench Guide | How to Advertise | Contact Us |

Going Rate Home Page >> All records for firms in San Francisco CA United States

*Get us any Title, Practice Areas, Firm, City, State, Country, Graduation or Practice Year for visited rates

| Name | Title | Practice Area | Firm | Bench Guide City | State | Country | Graduated Law School | Practicing Since | 2006 Rates | 2007 Rates | 2008 Rates | 2009 Rates |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Adelson, Eric A. | Partner | Litigation | Kirkland and Ellis | San Francisco | CA | United States | | | | | | |
| Agarthwood, Aaron L. | Associate | | Jones Day | San Francisco | CA | United States | | | 430 | | 520 | |
| Aldwin, Hans J. | Associate | | Kirkland and Ellis | San Francisco | CA | United States | | | 260 | | | |
| Baxter, James P. | Partner | Employee Benefits and Exec Comp | Jones Day | San Francisco | CA | United States | 1986 | 1980 | | | | 750 |
| Bass, Eric | Associate | Business Restructuring and Reorganization | Perkins Braun and Martel | San Francisco | CA | United States | 1974 | 1974 | | 460 | 745 | 775 |
| Bensinum, Peter J. | Partner | | Jones Day | San Francisco | CA | United States | | | | | | |
| Berning, Scott M. | Associate | Business and Finance Commercial | Morgan Lewis and Bockius Fruchokki, Stang, Ziehl and Jones | San Francisco | CA | United States | 2007 | 2003 | | | 595 | 345 |
| De zeuthel, David M. | Partner | Litigation Bankruptcy and Restoring | | San Francisco | CA | United States | | | | | | |
| Boerscht, Martha | Partner | Corporate Criminal Investigations White Collar Crime, Commercial Litigation | Jones Day | San Francisco | CA | United States | | 1986 | | | | 725 |
| Ramszou, Jeffrey | Partner | | K and E Gates | San Francisco | CA | United States | | | | 525 | 590 | |
| Brown, Donald W. | Partner | Business and Finance | Covington and Burling | San Francisco | CA | United States | | | 940 | | | 550 |
| Browning, J. Taylor | Associate | Tort and Environmental Litigation | Morgan Lewis and Bockius | San Francisco | CA | United States | 1999 | 1996 | | | | 560 |
| Bluswaltre, Brenda R. | Partner | | Nixon and Spalding | San Francisco | CA | United States | | 1994 | | | | |
| Castro, Ruby Ann | Associate | Environmental | Perkins Braun and Martel | San Francisco | CA | United States | | | | 380 | 675 | |
| Christensen, E. Brooke | Partner | Corporate Finance and Healthcare | McAleany and Myers | San Francisco | CA | United States | | | | | | |
| Christian, Ryan M. | Associate | Business Restructuring and Reorganization | Kirkland and Ellis | San Francisco | CA | United States | 2007 | 2001 | 315 | | | 525 |
| Corbo, Michaeline | Associate | | Jones Day | San Francisco | CA | United States | | | | | | |
| Crosby, Peter J. | Counsel | Business Restructuring and Reorganization | Jones Day | San Francisco | CA | United States | 1984 | 1984 | | | 585 | 585 |
| Disney, Drew | Partner | Employment | Perkins Braun and Martel | San Francisco | CA | United States | | | | 510 | | |
| Diniel, Sean | Partner | Business Transactions Criminal Commercial | Perkins Braun and Martel | San Francisco | CA | United States | | | | 450 | | |
| Dobal, Benjamin | | Securities Litigation | Hague Ehrman | San Francisco | CA | United States | | | | 285 | | |
| Dixon, Jacqui | | Trial | Jones Day | San Francisco | CA | United States | | | | 575 | | |
| Dobry,Oneal, Daniel T. | Associate | Construction | Perkins Braun and Martel | San Francisco | CA | United States | 2007 | 2007 | | | | 390 |
| Douglass, Scott | Partner | | DLA Piper | San Francisco | CA | United States | | | 425 | 525 | | |
| Duhr, Heather | Associate | | | | CA | United States | | | | | | |

1 2 3 4
Currently showing 1-25 of 94 results

About ALM | About Law.com | Customer Support | Reprints | Privacy Policy | Terms & Conditions
Copyright 2011 ALM Media Properties, LLC. All rights reserved.

ALM

An ALM web site

# DAILY REPORT

4:36 P.M. EST
Tuesday, February 22, 2011

Get premium access 30-day trial
Subscribe now for under $1 a day
Receive free daily headlines

Home | News Sections | Court Opinions | Court Calendar | Public Notices | Bench Guide | How to Advertise | Contact Us

## Going Rate Home Page >>

All records for firms in San Francisco CA United States

*Click on any Title, Practice Area, Firm, City, State, Country, Graduation or Practice Year for related rates

| Name | Title | Practice Area | Firm | City | State | Country | Graduated Law School | Practicing Since | 2006 Rates | 2007 Rates | 2008 Rates | 2009 Rates |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Egan, Chantelle C. | Associate | Trial | Jones Day | San Francisco | CA | United States | 2006 | 2008 | | | | 325 |
| Eisenbach, Robert L. | Partner | Bankruptcy | Cooley Godward Kronish | San Francisco | CA | United States | | | | | 685 | |
| Engel, G. Larry | Partner | Bankruptcy and Restructuring | Morrison and Foerster | San Francisco | CA | United States | | | | | 725 | |
| Esperanza, Chrysty | Associate | | Farella Braun and Martel | San Francisco | CA | United States | | | | 330 | | |
| Ford, Robert | Partner | Labor and Employment | Jones Day | San Francisco | CA | United States | | | | | | |
| Frank, Michael T. | Partner | | DLA Piper | San Francisco | CA | United States | 1975 | 1975 | 540 | | | 535 |
| Fried, Joshua M. | Partner | | Pachulski, Stang, Ziehl and Jones | San Francisco | CA | United States | | | | | 515 | |
| Fredrichs, John E. | Partner | Bankruptcy and Restructuring Corporate | Kirkland and Ellis | San Francisco | CA | United States | | | | | 595 | |
| Garrett, Nathaniel P. | Associate | Issues and Appeals | Jones Day | San Francisco | CA | United States | 2006 | 2006 | 355 | 355 | | 375 |
| Gerking, Tyler | Associate | Bankruptcy and Creditors Rights | Farella Braun and Martel | San Francisco | CA | United States | | | | | | |
| Gloster, Dean | Partner | Bankruptcy and Creditors Rights | Farella Braun and Martel | San Francisco | CA | United States | | | 675 | 695 | | |
| Goldner, Neil | Partner | Bankruptcy and Creditors Rights | Farella Braun and Martel | San Francisco | CA | United States | | | 745 | 745 | | |
| Green, John | Partner | Insurance Coverage | Farella Braun and Martel | San Francisco | CA | United States | | | | 610 | | |
| Handzlik, Jan | Partner | Commercial Trial | Howrey | San Francisco | CA | United States | | | | 695 | | |
| Hart, Daniel | Associate | Employment | Paul, Hastings, Janofsky and Walker | San Francisco | CA | United States | | | | 300 | | |
| Holden, Frederick O. | Partner | | Orrick, Herrington and Sutcliffe | San Francisco | CA | United States | | | 605 | | | |
| Humphreys, Lynn M. | Of Counsel | Litigation | Morrison and Foerster | San Francisco | CA | United States | | | | | 560 | |
| Jen, Nancy | Associate | Global Capital Markets | Hunton and Williams | San Francisco | CA | United States | | | | 355 | | |
| Joesting, Nan | Partner | Business Litigation | Farella Braun and Martel | San Francisco | CA | United States | | | | 490 | | |
| Karchmer, Scott D. | Partner | Business and Finance | Morgan Lewis and Bockius | San Francisco | CA | United States | 1994 | 1994 | 465 | | | 590 |
| Keegan, Christopher W. | Associate | | Kirkland and Ellis | San Francisco | CA | United States | | | | | | |
| Keller, Tobias S. | Partner | | Jones Day | San Francisco | CA | United States | 1990 | 1990 | 415 | | 500 | 750 |
| Kim, Jenny | Associate | | DLA Piper | San Francisco | CA | United States | | | | | | |
| Kirschner, Cort | Partner | | McKenny and Myers | San Francisco | CA | United States | | | 260 | | 820 | |
| Kordestani, Said | Partner | Hospitality | Farella Braun and Martel | San Francisco | CA | United States | | | | 490 | | |

1 2 3 4
Currently showing 26-50 of 98 results

About ALM | About Law.com | Customer Support | Reprints | Privacy Policy | Terms & Conditions
Copyright 2011 ALM Media Properties, LLC. All rights reserved.

ALM

An ALM web site

# DAILY REPORT

4:36 P.M. EST
Tuesday, February 22, 2011

Home | News Sections | Court Opinions | Court Calendars | Public Notices | Bench Guide | How to Advertise | Contact Us

Get premium access, 30-day trial
Subscribe now for under $1 a day
Receive free daily headlines

Going Rate Home Page >>    All records for firms in San Francisco CA United States



*Click on any Title, Practice Area, Firm, City, State, Country, Graduation or Practice Year for related rates

| Name | Title | Practice Area | Firm | City | State | Country | Graduated Law School | Practicing Since | 2006 Rates | 2007 Rates | 2008 Rates | 2009 Rates |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Laudach, Justin Marshall, Robert G. | Counsel Partner | Corporate Finance Employee Benefits and Exec Comp | O'Melveny and Myers Jones Day | San Francisco San Francisco | CA CA | United States United States | 1997 | 1997 | | | 540 | 625 |
| Mason, Cory McDaniels, Keith | Associate Partner | Restructuring and Insolvency Trial Practice | Farella Braun and Martel Winston and Strawn | San Francisco San Francisco | CA CA | United States United States | | | | 245 | 540 | |
| McDonald, Brian D. McKane, Mark E. Myers, William A. Myers, Martin H. | Associate Partner Partner Partner | Business and Finance Insurance Liability and Recovery | Jones Day Kirkland and Ellis Morgan Lewis and Bockius Jones Day | San Francisco San Francisco San Francisco San Francisco | CA CA CA CA | United States United States United States United States | 2002 1992 1987 | 2002 1993 1987 | 505 | | 580 | 580 595 700 |
| Nagel, Adhi Nuksi, Casey M. Olson, James C. Osi, Amanda M. Osgood, Micah C.E. Paton, Katia Peteros, Karen H. | Associate Associate Partner Associate Associate Associate Of Counsel | Litigation Banking and Finance Labor and Employment Litigation Labor and Employment California Employment Counseling | Farella Braun and Martel Kirkland and Ellis Jones Day Jones Day Kirkland and Ellis O'Melveny and Myers Morgan Lewis and Bockius | San Francisco San Francisco San Francisco San Francisco San Francisco San Francisco San Francisco | CA CA CA CA CA CA CA | United States United States United States United States United States United States United States | 1979 | 1979 | | 245 | 395 300 285 395 570 | 775 |
| Petiok, Thomas R. | Partner | | Paul, Hastings, Janofsky and Walker | San Francisco | CA | United States | | | 750 | | | |
| Poteirbo, Alex Rajagopal, Raman | Associate Associate | Corporate | Farella Braun and Martel Paul Hastings Janofsky and Walker | San Francisco San Francisco | CA CA | United States United States | 2008 | | | 465 | | 360 |
| Rachev, Katherine S. Ritter, Peter | Partner Partner | Trial Practice Business Tax and Investment Funds | Jones Day O'Melveny and Myers | San Francisco San Francisco | CA CA | United States United States | 1995 | 1995 | | | 675 | 625 |
| Roche, Laura Rodriguez, Noel Salma, Cheryl | Associate Associate Counsel | Business Litigation Trial Practice Tort and Environmental Litigation | Farella Braun and Martel Jones Day King and Spalding | San Francisco San Francisco San Francisco | CA CA CA | United States United States United States | 2003 | 2003 1998 | 475 | 485 | | 500 455 |
| Schlabert, William Selling, Jeralyn | Partner Of Counsel | Private Clients Family Wealth Group | Farella Braun and Martel Farella Braun and Martel | San Francisco San Francisco | CA CA | United States United States | | | 695 | 725 450 | | |

1 2 3 4
Currently showing 51-75 of 96 results

About ALM | About Law.com | Customer Support | Reprints | Privacy Policy | Terms & Conditions
Copyright 2011 ALM Media Properties, LLC. All rights reserved.

ALM

An ALM web site

# DAILY REPORT

4:36 P.M. EST
Tuesday, February 22, 2011

Home | News Sections | Court Opinions | Court Calendars | Public Notices | Bench Guide | How to Advertise | Contact Us

Get premium access 30-day trial
Subscribe now for under $1 a day
Receive free daily headlines

Going Rate Home Page >>   All records for firms in San Francisco CA United States

*Click on any Title, Practice Area, Firm, City, State, County, Graduation or Practical Year for related rates

| Name | Title | Practice Area | Firm | City | State | Country | Graduated Law School | Practicing Since | 2006 Rates | 2007 Rates | 2008 Rates | 2009 Rates |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Shepard, Michael | | Securities Litigation | Heller Ehrman | San Francisco | CA | United States | | | | 750 | | |
| Shirl, Susan | Associate | Labor and Employment | Horton and Williams | San Francisco | CA | United States | | | | | | |
| Slough, Leah | Associate | Commercial Litigation | K and L Gates | San Francisco | CA | United States | 2008 | 2008 | | 260 | 325 | 260 |
| Spooner, Lou | Associate | Commercial Disputes | Kingand Spalding | San Francisco | CA | United States | | 2003 | | 430 | | 390 |
| Stephens, Eric | Associate | Business Transactions | Farella Braun and Martel | San Francisco | CA | United States | | | | 430 | | |
| Stowarl, Rhonda L. | Associate | Litigation | Arnold and Porter | San Francisco | CA | United States | | | | | 410 | |
| Thaler, Alexandra (Sasha) | Associate | Labor and Employment | OMelveny and Myers | San Francisco | CA | United States | | | | | 395 | |
| Thompson, Grant | Associate | | Farella Braun and Martel | San Francisco | CA | United States | | | | | | |
| Toganelli, Christine D. | Associate | Tax | Paul, Hastings, Janofsky and Walker | San Francisco | CA | United States | | | 325 | 440 | | |
| Triplett, Holden | Associate | Business Restructuring and Reorganization | Farella Braun and Martel | San Francisco | CA | United States | | | | 295 | | |
| Trodela, Robert A. | Partner | | Jones Day | San Francisco | CA | United States | | 1996 | | | | 600 |
| Ullard, Suzzanne | Partner | Finance, Corporate and Bankruptcy | OMelveny and Myers | San Francisco | CA | United States | | | | 725 | 820 | |
| Vogt, Gary M. | Senior Legal Assistant | Litigation | Kirkland and Ellis | San Francisco | CA | United States | | | | | 255 | |
| Waggener, Kristine | Associate | Business Transactions | Farella Braun and Martel | San Francisco | CA | United States | | | | 295 | | |
| Wald, Gregory A. | Senior Attorney | Labor/Employment | Squire Sanders and Dempsey | San Francisco | CA | United States | | | | | 460 | |
| Wessels, Kelly | Associate | Litigation | Kirkland and Ellis | San Francisco | CA | United States | | | | | 395 | |
| Whalen, Joe | Partner | Insurance and Risk Management | Farella Braun and Martel | San Francisco | CA | United States | | | | 520 | | |
| White, Jack L. | Associate | Restructuring | Kirkland and Ellis | San Francisco | CA | United States | | | 385 | | | |
| Wilson, Natausha | Counsel | Bankruptcy and Creditors Rights | OMelveny and Myers | San Francisco | CA | United States | | | | | 565 | |
| Woodruff, Kelly | Partner | | Farella Braun and Martel | San Francisco | CA | United States | | | | 485 | | |
| Zwibelman, Michael | | New Century Financial Corp | Heller Ehrman | San Francisco | CA | United States | | | | 515 | | |

1 2 3 4
Currently showing 76-98 of 96 results

About ALM | About Law.com | Customer Support | Reprints | Privacy Policy | Terms & Conditions
Copyright 2011 ALM Media Properties, LLC. All rights reserved.

ALM