# Exhibit 12

*Westlaw CourtExpress's Legal Billing Report*

*May, August, and December 2009*

**Plaintiffs' Motion for Final Approval of Class Action Settlement and Motion for Attorneys' Fees, Costs, and Service Awards**

# Westlaw CourtExpress
## LEGAL BILLING REPORT

VOLUME 11, NUMBER 1

May 2009

# BY BILLING RATE

California Rate Report

| | PROFESSIONAL | FIRM | GRADUATED | ADMITTED | STATE | RATE | HOURS | TOTAL |
|---|---|---|---|---|---|---|---|---|
| P | Kelly, Jr., Daniel | Davis Polk & Wardwell (CA) | 1986 | 1986 | CA | $ 960.00 | 4.50 | $ 4,320.00 |
| P | Cowles, Julia | Davis Polk & Wardwell (CA) | 1980 | 1990 | CA | 955.00 | 17.00 | 16,235.00 |
| P | Quitram, Scott | O'Melveny & Myers LLP (CA) | 1975 | 1975 | CA | 860.00 | 1.10 | 946.00 |
| P | Tuchin, Michael | Klee, Tuchin, Bogdanoff & Stern, LLP | 1990 | 1990 | CA | 850.00 | 0.50 | 425.00 |
| P | Ballack, Karen | Weil, Gotshal & Manges LLP (CA) | 1986 | 1986 | CA | 799.00 | 0.80 | 639.20 |
| P | Arnold, Dennis | Gibson Dunn & Crutcher, LLP (CA) | 1975 | 1978 | CA | 790.00 | 4.50 | 3,555.00 |
| OC | Morris, Michael | Hennigan Bennett & Dorman LLP | 1979 | 1979 | CA | 760.00 | 65.20 | 49,552.00 |
| P | Averich, Craig | White & Case LLP (CA) | 1984 | 1984 | CA | 750.00 | 128.10 | 96,075.00 |
| P | Kharasch, Ira D. | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | 1982 | 1982 | CA | 750.00 | 2.90 | 2,175.00 |
| P | Kornfeld, Alan | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | 1987 | 1987 | CA | 725.00 | 0.80 | 580.00 |
| A | Lamb, Peter | Davis Polk & Wardwell (CA) | 2005 | 2005 | CA | 680.00 | 101.40 | 68,952.00 |
| P | Irving, Jeanne E. | Hennigan Bennett & Dorman LLP | 1978 | 1978 | CA | 680.00 | 10.10 | 6,868.00 |
| P | Kevane, Henry | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | 1985 | 1986 | CA | 675.00 | 19.10 | 12,892.50 |
| A | Gorsich, Ronald | White & Case LLP (CA) | 2001 | 2001 | CA | 665.00 | 176.20 | 117,173.00 |
| P | Brown, Kenneth H. | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | 1977 | 1981 | CA | 650.00 | 27.30 | 17,745.00 |
| P | Fidler, David | Klee, Tuchin, Bogdanoff & Stern, LLP | 1997 | 1998 | CA | 650.00 | 23.10 | 15,015.00 |
| P | Weissmann, Henry | Munger Tolles & Olson LLC | 1987 | 1987 | CA | 650.00 | 0.50 | 325.00 |
| P | Bettenhal, David M. | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | 1989 | 1993 | CA | 645.00 | 35.60 | 22,962.00 |
| P | Montgomery, Cromwell | Gibson Dunn & Crutcher, LLP (CA) | 1997 | 1997 | CA | 635.00 | 0.80 | 508.00 |
| P | Brown, Dennis | Munger Tolles & Olson LLC | 1970 | 1970 | CA | 625.00 | 17.80 | 11,125.00 |
| A | Newman, Samuel | Gibson Dunn & Crutcher, LLP (CA) | 2001 | 2001 | CA | 610.00 | 13.50 | 8,235.00 |
| A | Delrahim, Shiva | White & Case LLP (CA) | 2003 | 2003 | CA | 600.00 | 183.70 | 110,220.00 |
| P | Vincent, Garth | Munger Tolles & Olson LLC | 1988 | 1988 | CA | 600.00 | 124.60 | 74,760.00 |
| P | Scott, Melanie | White & Case LLP (CA) | 2004 | 2004 | CA | 600.00 | 20.90 | 12,540.00 |
| P | Buchanan, Laura | Klee, Tuchin, Bogdanoff & Stern, LLP | 1991 | 1991 | CA | 590.00 | 0.20 | 118.00 |
| A | Ger Kwang-chien, B. | Weil, Gotshal & Manges LLP (CA) | 2003 | 2003 | CA | 580.00 | 28.50 | 16,530.00 |
| A | Eddal, David | Gibson Dunn & Crutcher, LLP (CA) | 2003 | 2003 | CA | 570.00 | 2.90 | 1,653.00 |
| P | Heintz, Jeffrey | Munger Tolles & Olson LLC | 1984 | 1984 | CA | 550.00 | 35.10 | 19,305.00 |
| P | Fried, Joshua | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | 1995 | 1995 | CA | 535.00 | 21.40 | 11,449.90 |
| P | Rutton, James | Munger Tolles & Olson LLC | 1997 | 1997 | CA | 525.00 | 25.80 | 13,545.00 |
| A | Morse, Joshua | Hennigan Bennett & Dorman LLP | 2000 | 2000 | CA | 505.00 | 13.10 | 6,615.50 |
| A | Malellc, Michael | Weil, Gotshal & Manges LLP (CA) | 2005 | 2005 | CA | 500.00 | 36.50 | 18,250.00 |
| A | Bershop, Melissa | Gibson Dunn & Crutcher, LLP (CA) | 2006 | 2006 | CA | 470.00 | 14.00 | 6,580.00 |
| A | Liu, Leslie | Weil, Gotshal & Manges LLP (CA) | 2006 | 2006 | CA | 465.00 | 45.90 | 21,343.50 |
| A | Kaufman, Derek | Munger Tolles & Olson LLC | 2005 | 2005 | CA | 450.00 | 508.30 | 228,735.00 |
| A | Hochleutner, Brian | Munger Tolles & Olson LLC | 2002 | 2002 | CA | 435.00 | 0.30 | 130.50 |
| A | Nathan, Joseph | Weil, Gotshal & Manges LLP (CA) | 2007 | 2007 | CA | 415.00 | 25.20 | 10,458.00 |
| A | Jasper, M. Lance | Munger Tolles & Olson LLC | 2006 | 2006 | CA | 400.00 | 96.20 | 38,480.00 |
| A | Eskandari, Barney | Munger Tolles & Olson LLC | 2006 | 2006 | CA | 400.00 | 8.80 | 3,520.00 |
| A | Rubin, Erendira E. | O'Melveny & Myers LLP (CA) | 2006 | 2006 | CA | 395.00 | 8.40 | 3,318.00 |

# California Rate Report

| PROFESSIONAL | | FIRM | GRADUATED | ADMITTED | STATE | RATE | HOURS | TOTAL |
|---|---|---|---|---|---|---|---|---|
| A | Schneider, Bradley | Munger Tolles & Olson LLC | 2004 | 2004 | CA | $ 395.00 | 1.30 | $ 513.50 |
| A | Reagan, Matthew | Weil, Gotshal & Manges LLP (CA) | 2008 | 2008 | CA | 355.00 | 13.50 | 4,792.50 |
| A | Guzman, Tanya | O'Melveny & Myers LLP (CA) | 2007 | 2007 | CA | 330.00 | 2.50 | 825.00 |
| PP | Naglie, Ross | O'Melveny & Myers LLP (CA) | | | | 260.00 | 6.20 | 1,612.00 |
| | Finalyson, Kathe | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | | | | 225.00 | 27.60 | 6,210.00 |
| | Jeffries, Patricia J. | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | | | | 225.00 | 0.40 | 90.00 |
| PP | Pearson, Sanda | Klee, Tuchin, Bogdanoff & Stern, LLP | | | CA | 215.00 | 1.90 | 408.50 |
| PP | Floyd, Kevin | Hennigan Bennett & Dorman LLP | | | | 210.00 | 0.30 | 63.00 |
| PP | Knolls, Cheryl | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | | | | 205.00 | 2.20 | 451.00 |
| CMA | Pitman, Sheryla | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | | | | 125.00 | 2.60 | 325.00 |

# Westlaw CourtExpress
## LEGAL BILLING REPORT

VOLUME 11, NUMBER 2

August 2009

# BY BILLING RATE

California rate Report

| | PROFESSIONAL | FIRM | GRADUATED | ADMITTED | STATE | RATE | HOURS | TOTAL |
|---|---|---|---|---|---|---|---|---|
| P | Tolles, Stephen L. | Gibson Dunn & Crutcher, LLP (CA) | 1982 | 1982 | CA | $ 860.00 | 0.10 | $ 86.00 |
| P | Patterson, Thomas | Klee, Tuchin, Bogdanoff & Stern, LLP | 1984 | 1984 | CA | 850.00 | 225.00 | 191,250.00 |
| P | Tuchin, Michael | Klee, Tuchin, Bogdanoff & Stern, LLP | 1990 | 1990 | CA | 850.00 | 74.40 | 63,240.00 |
| P | Stern, David | Klee, Tuchin, Bogdanoff & Stern, LLP | 1975 | 1975 | CA | 850.00 | 32.90 | 27,965.00 |
| P | Issler, Paul S. | Gibson Dunn & Crutcher, LLP (CA) | 1986 | 1986 | CA | 840.00 | 6.35 | 5,334.00 |
| P | Arnold, Dennis | Gibson Dunn & Crutcher, LLP (CA) | 1975 | 1976 | CA | 840.00 | 4.10 | 3,444.00 |
| P | Timmons, Brian | Quinn Emanuel Urquhart Oliver & Hedges, LLP | 1991 | 1991 | CA | 820.00 | 72.80 | 59,696.00 |
| P | Ballack, Karen | Weil, Gotshal & Manges LLP (CA) | 1986 | 1986 | CA | 810.00 | 40.40 | 32,724.00 |
| P | Ziehl, Dean A. | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | 1978 | 1978 | CA | 795.00 | 20.30 | 16,138.50 |
| P | Gilmore, Danielle | Quinn Emanuel Urquhart Oliver & Hedges, LLP | 1993 | 1994 | CA | 775.00 | 9.50 | 7,362.50 |
| P | Averch, Craig | White & Case LLP (CA) | 1984 | 1984 | CA | 750.00 | 189.20 | 141,900.00 |
| P | Keller, Tobias | Jones Day (CA) | 1990 | 1990 | CA | 750.00 | 1.90 | 1,425.00 |
| P | Baker, James | Jones Day (CA) | 1980 | 1980 | CA | 750.00 | 0.20 | 150.00 |
| P | Winston, Eric O. | Quinn Emanuel Urquhart Oliver & Hedges, LLP | 1999 | 1999 | CA | 740.00 | 7.10 | 5,254.00 |
| P | Orig, Johanna Y. | Quinn Emanuel Urquhart Oliver & Hedges, LLP | 1997 | 1997 | CA | 740.00 | 6.30 | 4,662.00 |
| P | Kornfeld, Alan | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | 1987 | 1987 | CA | 725.00 | 10.10 | 7,322.50 |
| A | Block, Jeffrey E. | Sidley Austin Brown & Wood LLP (CA) | 1997 | 1998 | CA | 700.00 | 110.90 | 77,630.00 |
| P | Myers, Martin | Jones Day (CA) | 1987 | 1987 | CA | 700.00 | 26.50 | 18,550.00 |
| P | Grassgreen, Debra I. | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | 1991 | 1992 | CA | 695.00 | 5.50 | 3,822.50 |
| A | Gustafson, Mark E. | White & Case LLP (CA) | 1998 | 1998 | CA | 685.00 | 117.70 | 80,624.50 |
| P | Arash, Dora | Gibson Dunn & Crutcher, LLP (CA) | 1995 | 1995 | CA | 675.00 | 39.40 | 26,595.00 |
| A | Gorsich, Ronald | White & Case LLP (CA) | 2001 | 2001 | CA | 665.00 | 221.50 | 147,297.50 |
| P | Montgomery, Cromwell | Gibson Dunn & Crutcher, LLP (CA) | 1997 | 1997 | CA | 635.00 | 2.50 | 1,587.50 |
| A | Newman, Samuel | Gibson Dunn & Crutcher, LLP (CA) | 2001 | 2001 | CA | 610.00 | 11.50 | 7,015.00 |
| A | Delrahim, Shiva | White & Case LLP (CA) | 2003 | 2003 | CA | 600.00 | 217.50 | 130,500.00 |
| A | Scott, Melanie | White & Case LLP (CA) | 2004 | 2004 | CA | 600.00 | 74.90 | 44,940.00 |
| P | Trodella, Robert | Jones Day (CA) | 1996 | 1996 | CA | 600.00 | 35.30 | 21,180.00 |
| A | Ger Kwang-chien, B. | Weil, Gotshal & Manges LLP (CA) | 2003 | 2003 | CA | 580.00 | 54.20 | 31,436.00 |
| OC | Metcalf, Brian | Klee, Tuchin, Bogdanoff & Stern, LLP | 1999 | 1999 | CA | 575.00 | 12.40 | 7,130.00 |
| A | Edell, David | Gibson Dunn & Crutcher, LLP (CA) | 2003 | 2003 | CA | 570.00 | 0.50 | 285.00 |
| C | Crosby IV, Peter | Jones Day (CA) | 1984 | 1984 | CA | 565.00 | 13.30 | 7,514.50 |
| A | Martin, Jill | White & Case LLP (CA) | 2006 | 2006 | CA | 550.00 | 45.80 | 25,190.00 |
| A | Correa, Michaeline | Jones Day (CA) | 2001 | 2001 | CA | 525.00 | 1.70 | 892.50 |
| OC | Brandt, Gina F. | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | 1976 | 1976 | CA | 525.00 | 1.30 | 682.50 |
| A | Mallello, Michael | Weil, Gotshal & Manges LLP (CA) | 2005 | 2005 | CA | 500.00 | 175.30 | 87,650.00 |
| A | Rodriguez, Noel | Jones Day (CA) | 2003 | 2003 | CA | 500.00 | 41.80 | 20,900.00 |
| A | Heyn, Matthew | Klee, Tuchin, Bogdanoff & Stern, LLP | 2003 | 2003 | CA | 495.00 | 111.80 | 55,341.00 |
| A | Barshop, Melissa | Gibson Dunn & Crutcher, LLP (CA) | 2006 | 2006 | CA | 470.00 | 4.10 | 1,927.00 |
| A | Liu, Leslie | Weil, Gotshal & Manges LLP (CA) | 2006 | 2006 | CA | 465.00 | 302.70 | 140,755.50 |
| A | Chun, Sebyul | White & Case LLP (CA) | 2008 | 2008 | CA | 460.00 | 162.10 | 74,566.00 |

# California rate Report

| | PROFESSIONAL | FIRM | GRADUATED | ADMITTED | STATE | RATE | HOURS | TOTAL |
|---|---|---|---|---|---|---|---|---|
| A | Morrison, Kelley M | White & Case LLP (CA) | 2008 | 2008 | CA | $ 460.00 | 105.50 | $ 48,530.00 |
| A | Hawk, Jonathan | White & Case LLP (CA) | 2007 | 2007 | CA | 460.00 | 20.30 | 9,338.00 |
| P | Phillip, Laurence | McKenna Long & Aldridge LLP (CA) | 1997 | 1997 | CA | 450.00 | 15.00 | 6,750.00 |
| P | Larsen, J David | McKenna Long & Aldridge LLP (CA) | 1997 | 1997 | CA | 450.00 | 10.00 | 4,500.00 |
| A | Guess, David | Klee, Tuchin, Bogdanoff & Stern, LLP | 2005 | 2005 | CA | 430.00 | 366.70 | 157,681.00 |
| A | Pezmenfer, Courtney | Klee, Tuchin, Bogdanoff & Stern, LLP | 2005 | 2005 | CA | 430.00 | 23.20 | 9,976.00 |
| A | Dickerson, Matthew | Sidley Austin Brown & Wood LLP (CA) | 2007 | 2007 | CA | 425.00 | 25.30 | 10,752.50 |
| A | Tran, William | Sidley Austin Brown & Wood LLP (CA) | 2006 | 2006 | CA | 425.00 | 5.40 | 2,295.00 |
| A | Nathan, Joseph | Weil, Gotshal & Manges LLP (CA) | 2007 | 2007 | CA | 415.00 | 61.50 | 25,522.50 |
| A | Wilson, Lorna S. | Gibson Dunn & Crutcher, LLP (CA) | 2008 | 2008 | CA | 400.00 | 4.00 | 1,600.00 |
| A | Simonds, Ariella | Sidley Austin Brown & Wood LLP (CA) | 2008 | 2008 | CA | 375.00 | 49.30 | 18,487.50 |
| A | Deanihan, Kevin | Klee, Tuchin, Bogdanoff & Stern, LLP | 2008 | 2008 | CA | 300.00 | 4.70 | 1,410.00 |
| A | Elliot, Korin | Klee, Tuchin, Bogdanoff & Stern, LLP | 2008 | 2008 | CA | 300.00 | 2.10 | 630.00 |
| LIB | Forrester, Leslie A. | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | | | | 250.00 | 4.90 | 1,225.00 |
| PP | Harris, Denise A. | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | | | | 225.00 | 8.50 | 1,912.50 |
| PP | Grycener, Michelle | McKenna Long & Aldridge LLP (CA) | | | | 215.00 | 40.60 | 8,729.00 |
| PP | Pearson, Sanda | Klee, Tuchin, Bogdanoff & Stern, LLP | | | CA | 215.00 | 36.00 | 7,740.00 |
| PP | Brown, Thomas J. | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | | | | 195.00 | 2.00 | 390.00 |
| LIB | Jones, Carla H. | Gibson Dunn & Crutcher, LLP (CA) | | | | 165.00 | 0.50 | 82.50 |

# Westlaw CourtExpress
## LEGAL BILLING REPORT

VOLUME 11, NUMBER 3

December 2009

# BY BILLING RATE

California Rate Report

| | PROFESSIONAL | FIRM | GRADUATED | ADMITTED | STATE | RATE | HOURS | TOTAL |
|---|---|---|---|---|---|---|---|---|
| P | Pachulski, Richard M. | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | 1979 | 1979 | CA | $ 895.00 | 287.62 | $ 257,418.90 |
| P | Patterson, Thomas | Klee, Tuchin, Bogdanoff & Stern, LLP | 1984 | 1984 | CA | 850.00 | 392.60 | 333,710.00 |
| P | Tuchin, Michael | Klee, Tuchin, Bogdanoff & Stern, LLP | 1990 | 1990 | CA | 850.00 | 201.40 | 171,190.00 |
| P | Stern, David | Klee, Tuchin, Bogdanoff & Stern, LLP | 1975 | 1975 | CA | 850.00 | 68.80 | 58,480.00 |
| P | Pachulski, Richard M. | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | 1979 | 1979 | CA | 850.00 | 68.00 | 57,800.00 |
| P | Arnold, Dennis | Gibson Dunn & Crutcher, LLP (CA) | 1975 | 1976 | CA | 840.00 | 1.00 | 840.00 |
| P | Ziehl, Dean A. | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | 1978 | 1978 | CA | 825.00 | 256.25 | 211,406.25 |
| P | Ziehl, Dean A. | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | 1978 | 1978 | CA | 820.00 | 240.60 | 197,292.00 |
| P | Timmons, Brian | Quinn Emanuel Urquhart Oliver & Hedges, LLP | 1991 | 1991 | CA | 820.00 | 80.20 | 65,764.00 |
| P | Lyons, Duane | Quinn Emanuel Urquhart Oliver & Hedges, LLP | 1986 | 1986 | CA | 795.00 | 357.30 | 284,053.50 |
| P | Orgel, Robert B. | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | 1981 | 1981 | CA | 795.00 | 158.50 | 126,007.50 |
| P | Richards, Jeremy | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | 1980 | 1981 | CA | 795.00 | 94.00 | 74,730.00 |
| P | Ziehl, Dean A. | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | 1978 | 1978 | CA | 795.00 | 20.30 | 16,138.50 |
| P | Ziehl, Dean A. | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | 1978 | 1978 | CA | 785.00 | 20.30 | 16,136.50 |
| P | Winston, Eric D. | Quinn Emanuel Urquhart Oliver & Hedges, LLP | 1999 | 1999 | CA | 740.00 | 54.00 | 39,960.00 |
| P | Ong, Johanna Y. | Quinn Emanuel Urquhart Oliver & Hedges, LLP | 1997 | 1997 | CA | 740.00 | 11.20 | 8,288.00 |
| P | Kornfeld, Alan | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | 1987 | 1987 | CA | 725.00 | 10.10 | 7,322.50 |
| P | Grassgreen, Debra I. | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | 1991 | 1992 | CA | 695.00 | 5.50 | 3,822.50 |
| C | Caine, Andrew | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | 1983 | 1983 | CA | 695.00 | 3.40 | 2,363.00 |
| P | Parker, Daryl | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | 1969 | 1970 | CA | 675.00 | 60.80 | 41,040.00 |
| P | Mahoney, James | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | 1966 | 1967 | CA | 675.00 | 16.60 | 11,205.00 |
| P | Arash, Dara | Gibson Dunn & Crutcher, LLP (CA) | 1995 | 1995 | CA | 675.00 | 14.80 | 9,990.00 |
| P | Davids, Ronn | Klee, Tuchin, Bogdanoff & Stern, LLP | 1995 | 1995 | CA | 650.00 | 1.40 | 910.00 |
| A | Newman, Samuel | Gibson Dunn & Crutcher, LLP (CA) | 2001 | 2001 | CA | 610.00 | 3.70 | 2,257.00 |
| C | Hochman, Harry | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | 1987 | 1987 | CA | 585.00 | 100.80 | 59,976.00 |
| A | Newmark, Victoria | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | 1996 | 1997 | CA | 595.00 | 32.50 | 19,337.50 |
| C | Cho, Shirley | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | 1997 | 1997 | CA | 595.00 | 19.40 | 11,543.00 |
| C | Hochman, Harry | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | 1987 | 1987 | CA | 575.00 | 57.60 | 33,120.00 |
| A | Dinkelman, Jennifer | Klee, Tuchin, Bogdanoff & Stern, LLP | 1999 | 1999 | CA | 575.00 | 1.40 | 805.00 |
| A | Dirkeiman, Jennifer | Klee, Tuchin, Bogdanoff & Stern, LLP | 1999 | 1999 | CA | 575.00 | 0.70 | 402.50 |
| OC | Metcalf, Brian | Klee, Tuchin, Bogdanoff & Stern, LLP | 1999 | 1999 | CA | 525.00 | 1.30 | 682.50 |
| OC | Brandt, Gina F. | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | 1876 | 1976 | CA | 495.00 | 109.70 | 54,301.50 |
| A | Heyn, Mathew | Klee, Tuchin, Bogdanoff & Stern, LLP | 2003 | 2003 | CA | 495.00 | 0.50 | 247.50 |
| P | Brown, Gillian | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | 1999 | 1999 | CA | 470.00 | 2.10 | 987.00 |
| A | Barshop, Melissa | Gibson Dunn & Crutcher, LLP (CA) | 2006 | 2006 | CA | 465.00 | 9.80 | 4,557.00 |
| A | Liu, Leslie | Weil, Gotshal & Manges LLP (CA) | 2006 | 2006 | CA | 450.00 | 2.70 | 1,215.00 |
| P | Philip, Laurence | McKenna Long & Aldridge LLP (CA) | 1997 | 1997 | CA | 430.00 | 402.90 | 173,247.00 |
| A | Guess, David | Klee, Tuchin, Bogdanoff & Stern, LLP | 2005 | 2005 | CA | 395.00 | 4.60 | 1,748.00 |
| PP | Sarles, Joseph C | Quinn Emanuel Urquhart Oliver & Hedges, LLP | | | | 300.00 | 16.60 | 4,980.00 |
| A | Elliot, Karin | Klee, Tuchin, Bogdanoff & Stern, LLP | 2008 | 2008 | CA | 250.00 | 20.30 | 5,075.00 |
| PP | Lacroix, Marine | Quinn Emanuel Urquhart Oliver & Hedges, LLP | | | | 250.00 | 4.90 | 1,225.00 |
| LIB | Forrester, Leslie A. | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | | | | | | |

# California Rate Report

| PROFESSIONAL | FIRM | GRADUATED | ADMITTED | STATE | RATE | HOURS | TOTAL |
|---|---|---|---|---|---|---|---|
| LB Forrester, Leslie A. | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | | | | $ 250.00 | 1.80 | $ 450.00 |
| PP Harris, Denise A. | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | | | | 225.00 | 47.90 | 10,777.50 |
| PP Harris, Denise A. | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | | | | 225.00 | 8.50 | 1,912.50 |
| PP Harrison, Felice | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | | | | 225.00 | 0.40 | 90.00 |
| PP Grycener, Michelle | McKenna Long & Aldridge LLP (CA) | | | | 215.00 | 60.40 | 12,986.00 |
| PP Pearson, Sarda | Klee, Tuchin, Bogdanoff & Stern, LLP | | | | 215.00 | 52.40 | 11,266.00 |
| PP Brown, Thomas J. | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | | | | 195.00 | 59.75 | 11,651.25 |
| PP Matteo, Mike | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | | | | 195.00 | 6.00 | 1,170.00 |
| PP Brown, Thomas J. | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | | | | 185.00 | 2.00 | 360.00 |
| LS Everheart, Christine | McKenna Long & Aldridge LLP (CA) | | | | 180.00 | 3.00 | 540.00 |
| PP Sahn, Andrew | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | | | | 150.00 | 16.90 | 2,535.00 |
| PP Bass, John | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | | | | 150.00 | 0.80 | 120.00 |