**CLARKSON LAW FIRM, P.C.**
Ryan J. Clarkson (SBN 257074)
*rclarkson@clarksonlawfirm.com*
Katherine A. Bruce (SBN 288694)
*kbruce@clarksonlawfirm.com*
Kelsey J. Elling (SBN 337915)
*kelling@clarksonlawfirm.com*
22525 Pacific Coast Highway
Malibu, California 90265
Telephone: (213) 788-4050
Facsimile: (213) 788-4070

**MOON LAW APC**
Christopher D. Moon (SBN 246622)
*chris@moonlawapc.com*
Kevin O. Moon (SBN 246792)
*kevin@moonlawapc.com*
228 Hamilton Ave., 3rd Fl
Palo Alto, California 94301
Telephone: (619) 915-9432
Facsimile: (650) 618-0478

*Settlement Class Counsel and Attorneys for Plaintiffs and Settlement Class Representatives Mike Xavier and Steven Prescott*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| MIKE XAVIER and STEVEN PRESCOTT, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BAYER HEALTHCARE LLC, a Delaware limited liability company; BEIERSDORF INC., a Delaware corporation,<br><br>Defendants. | Case No.: 5:20-CV-00102-NC<br><br>Case Filed: Jan. 3, 2020<br>FAC Filed: May 15, 2020<br>SAC Filed: July 14, 2021<br><br>*Assigned to the Hon. Nathanael M. Cousins*<br><br>**PLAINTIFFS' NOTICE OF NO OPPOSITION OR OBJECTIONS TO CLASS ACTION SETTLEMENT**<br><br><u>**Final Approval Hearing Information**</u><br>Date: Dec. 15, 2021<br>Time: 2:00 p.m. (PST)<br>Courtroom: 5 |

COME NOW Plaintiffs and Settlement Class Representatives Mike Xavier and Steven Prescott ("**Plaintiffs**" and/or "**SCRs**"), pursuant to this Court's order requiring replies to any objection or opposition to be filed by December 1, 2021 (Order, ECF 107, at ¶ 19), and hereby submit this notice of no opposition or objections to the class action settlement set forth in the Amended Settlement Agreement ("**Agreement**") (*see* ECF 99-11) that is the subject of SCRs' pending motion for final approval and motion for fees, costs, and service awards ("**Motions**") (*see* ECF 109-111).

/ / /

1.  **Notice Period.** Consistent with the Agreement and this Court's order preliminarily approving the settlement (ECF 107), notice commenced on September 17, 2021, and provided Settlement Class Members ("**SCMs**") with approximately sixty (60) days to respond by submitting online claim forms or mailing claim forms, objections, or requests for exclusion postmarked by November 17, 2021. DSG Supp. Decl. at ¶ 2; Order (ECF 107), at ¶ 13, 16, 19, 20; Agreement (ECF 99-11), at ¶¶ 2.14, 2.25, 2.4, 3.6, 7.7. In addition, consistent with the Agreement and this Court's order preliminarily approving the settlement, Plaintiffs and SCRs filed the Motions by November 3, 2021, and posted them on the Settlement Website by November 4, 2021. Order (ECF 107), at ¶ 19; Agreement (ECF 99-11), at ¶¶ 6.1, 6.2, 7.2. Any opposition to said Motions was due approximately fourteen (14) days later on November 17, 2021. Order (ECF 107), at ¶ 19. As of the signing of this notice on December 1, 2021, approximately seventy-five (75) days have passed since notice of the settlement commenced; and approximately twenty-eight (28) days have passed since the SCMs received notice of the Motions.

2.  **Settlement Class Counsel & DSG.** As of the signing of this notice, on December 1, 2021, not a single SCM has served on Settlement Class Counsel, or the Settlement Administrator, Digital Settlement Group ("**DSG**"), an objection, opposition, request for exclusion from or to the settlement, or otherwise complained about the fees, costs, or service awards requested under the Agreement. *See also* DSG Supp. Decl. at ¶¶ 4-5.

3.  **Defendants.** Nor has counsel for Defendants Bayer Healthcare LLC and Beiersdorf, Inc. ("**Defendants**") indicated to Settlement Class Counsel that it received, as of the signing of this notice, an objection, opposition, or exclusion request from any SCMs regarding the settlement, let alone a complaint about the fees, costs, or service awards requested under the Agreement.

4.  **Docket.** Similarly, as of the signing of this notice, no SCMs have filed an objection, opt-out, or opposition to the settlement, or otherwise filed a complaint about the fees, costs, or service awards requested under the Agreement.

/ / /

/ / /

Accordingly, Plaintiffs, SCRs, and Settlement Class Counsel respectfully request this Court grant the Motions in their entirety.

Dated: December 1, 2021              Respectfully submitted,

**CLARKSON LAW FIRM**

By:

/s/ Katherine A. Bruce
RYAN J. CLARKSON
KATHERINE A. BRUCE
KELSEY J. ELLING

**MOON LAW APC**
CHRISTOPHER D. MOON
KEVIN O. MOON

*Settlement Class Counsel and Attorneys for Plaintiffs and Settlement Class Representatives Mike Xavier and Steven Prescott*