CLARKSON LAW FIRM, P.C.
25225 Pacific Coast Highway
Malibu, CA 90265

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE XAVIER and STEVEN PRESCOTT, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BAYER HEALTHCARE LLC, a Delaware limited liability company; BEIERSDORF, INC., a Delaware corporation,<br><br>Defendants. | Case No. 5:20-CV-00102-NC<br>Case Filed: 1/3/2020<br>FAC Filed: 5/15/2020<br>SAC Filed: 7/24/2021<br>*Assigned to the Hon. Nathanael M. Cousins*<br><br>**ORDER RE: PLAINTIFFS' MOTION TO FILE UNDER SEAL UNREDACTED BRIEF AND DECLARATION IN SUPPORT OF PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>FAM Hearing: Dec. 15, 2021 |

The Court, having considered Plaintiffs' Administrative Motion to File Under Seal Unredacted Brief and Declaration in Support of Plaintiffs' Motion for Final Approval, all papers filed in connection therewith, and all relevant papers on file herein, finds good cause shown and hereby enters the following ORDERS:

☐  Plaintiffs' motion is DENIED and accordingly the Court orders Plaintiffs to publicly file within seven (7) days of this Court's order the unredacted versions of (1) Plaintiffs' memorandum of points and authorities and (2) the declaration of Katherine

CLARKSON LAW FIRM, P.C.
25225 Pacific Coast Highway
Malibu, CA 90265

A. Bruce, both of which were provisionally filed under seal in support of Plaintiffs' motion for final approval of class action settlement.

☐ Plaintiffs' motion is GRANTED and accordingly the Court seals the unredacted version of: (1) Plaintiffs' memorandum of points and authorities and (2) the declaration of Katherine A. Bruce, both of which were provisionally filed under seal in support of Plaintiffs' motion for final approval of class action settlement. Specifically, the unredacted portions of said papers are sealed as follows:

| Document | Page and Line Citation | Description of Redacted Information |
|---|---|---|
| Memorandum of Points and Authorities | Page 8, at Lines 17 and 18 | Sales Figures |
| Memorandum of Points and Authorities | Page 20, at Line 2 | Sales Figures |
| Memorandum of Points and Authorities | Page 21, at Lines 5 and 6 | Sales Figures |
| Memorandum of Points and Authorities | Page 22, at Line 5 | Sales Figures |
| Memorandum of Points and Authorities | Page 8, at Lines 17 and 18 | Sales Figures |
| Declaration of Katherine A. Bruce | Page 16, at Line 13 | Sales Figures |
| Declaration of Katherine A. Bruce | Page 17, at Lines 18, 19, and 20 | Sales Figures |
| Declaration of Katherine A. Bruce | Page 21, at Line 27 | Sales Figures |

| Declaration of Katherine A. Bruce | Page 22, at Lines 17, 18, and 19 | Sales Figures |
|---|---|---|
| Declaration of Katherine A. Bruce | Page 24, at Lines 4, 5, 7, 8, 9, 22, 23, 25, and 27 | Sales Figures |

**IT IS SO ORDERED.**

DATED:  December 15, 2021



_____
UNITED STATES DISTRICT COURT,
DISTRICT OF NORTHERN CALIFORNIA
HON. NATHANAEL M. COUSINS

NDCA Case No. 5:20-cv-00102                -3-
ORDER RE: PLAINTIFFS' MOTION TO FILE UNDER SEAL